**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| SCOTTY'S HOLDINGS, LLC, | ) | Case No. 18-09243-JJG-11 |
| | ) | |
| | ) | (Joint Administration Pending) |
| Debtor(s). | ) | |

**NOTICE OF MOTION TO REJECT**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
**AND OF OBJECTION DEADLINE**

**PLEASE TAKE NOTICE** that on December 12, 2018, the above-captioned Debtors[1] filed their *First Day Motion for Entry of an Order (A) Authorizing and Approving the Rejection of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. Section 365* [Doc. No. 20] (the "Motion").

EACH PARTY TO A CONTRACT OR LEASE SOUGHT TO BE REJECTED THROUGH THE MOTION WILL FIND HIS, HER, OR ITS NAME AND RESPECTIVE CONTRACT LISTED ON EXHIBIT B TO THE MOTION.

**PLEASE TAKE FURTHER NOTICE** that **your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. If you do not have an attorney, you may wish to consult one.**

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THE MOTION AND OTHER FIRST DAY MOTIONS WILL BE HELD AS FOLLOWS:**

**Date:**         Friday, December 14, 2018

**Time:**         2:00 P.M. (EST)

---

[1] The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11 (the "Lead Case"); A Pots & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245-JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scott's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253-JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18-09256-JJG-11; Scotty's Brewhouse Butler, LLC, Case No. 18-09257-JJG-11; and Scotty's Brewhouse Waco, LLC, Case No. 18-09258-JJG-11.

**Location:**                     Birch Bayh Federal Building and United States Courthouse
                                  46 East Ohio Street
                                  Courtroom 311
                                  Indianapolis, IN 46204

**Telephonic Appearance:**[2]     1-877-848-7030, Access Code 8891756

If you do not want the Court to enter an order affecting the contract(s) or leases(s) described

in the Motion, or if you want the Court to consider your views on the Motion, then before the time

of the hearing, you or your attorney must file with the Court a written objection explaining your

position.  If you mail your response or objection to the Court, you must mail it early enough so the

Court will **receive** it on or before the date stated above.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion

must also be served upon the undersigned counsel for the Debtors, so as to **actually be received**

by or before the date stated above.

Any document referenced in this notice can be found at http://pacer.insb.uscourts.gov or

may be requested from Debtors' counsel.  Contact information for Debtor's proposed counsel is:

Christopher Combest                       Isaac M Gabriel
Quarles & Brady LLP                       Quarles & Brady LLP
300 N. LaSalle Street                     One Renaissance Square
Suite 4000                                Two North Central Avenue
Chicago, IL 60654                         Phoenix, Arizona 85004-239
Tel: (312) 715-5000                       Telephone: (602) 230-4622
Fax: (312) 715-5155                       Facsimile: (602) 229-5690
christopher.combest@quarles.com           isaac.gabriel@quarles.com

**PLEASE TAKE FURTHER NOTICE** that, if you or your attorney do not take these

steps, the Court may grant the relief requested in the Motion.

---

[2] Please note that although telephonic participation is generally allowed, parties appearing by telephone may not
present evidence, examine a witness, or cross-examine a witness.

QB\55218458.1

RESPECTFULLY SUBMITTED this 12th day of December, 2018.

QUARLES & BRADY LLP

By: /s/ *Lucy R. Dollens*
    Lucy R. Dollens (Bar No. 23547-49)
    Christopher Combest (IL ARDC No. 06224701)
    *Pro Hac Vice Admission Pending*
    Isaac M. Gabriel (AZ Bar No. 021780)
    *Pro Hac Vice Admission Pending*
    135 N. Pennsylvania St., Suite 2400
    Indianapolis, Indiana 46204
    Telephone: (317) 957-5000
    Facsimile: (317) 957-5010
    lucy.dollens@quarles.com
    christopher.combest@quarles.com
    isaac.gabriel@quarles.com
    *Proposed Attorneys for Debtors*

3

QB\55218458.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 12, 2018, a copy of the foregoing Debtors' *Notice of Motion to Executory Contracts and Unexpired Leases and of Objection Deadline* was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/Parties may access this filing through the Court's system.

Ronald J. Moore     Ronald.Moore@usdoj.gov
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov

I further certify that on December 12, 2018, a copy of the foregoing Debtors' First Day Motion for an Order Authorizing Debtors to File a Consolidated List of Creditors was served electronically via e-mail, to the following:

| | |
|---|---|
| Huntington National Bank | Christine.Dunlap@huntington.com; |
| | jburke@bbrlawpc.com |
| | chagenow@bbrlawpc.com |
| Rewards Network | kdecicco@rewardsnetwork.com |
| Campus Corner, LLC | dlwise1950@gmail.com |
| Carmel Lofts, LLC | tgraham@keystone-corp.com |
| Jefferson Plaza, LLC | kcase@jgregallen.com; |
| | jcunningham@ allencommercialgroup.com |
| STORE Master Funding VI, LLC | nathyn.trenary@midlandls.com; |
| | tacrim@aol.com; |
| | SCrawford@storecapital.com; |
| | kelly.reynoldson@kutakrock.com |

I further certify that on December 13, 2018, a copy of the foregoing Debtors' *Notice of Motion to Executory Contracts and Unexpired Leases and of Objection Deadline* will be mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Those parties identified on each Debtor's List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders.

The Huntington National Bank     Rewards Network
PO Box 182232, NC1W32     Establishment Servs. Inc.
Columbus, OH 43218     2 N. Riverside Plaza
    Suite 200
The Huntington Bank, c/o     Chicago, IL 60606
BLACKWELL, BURKE &
RAMSEY, P.C.
101 West Ohio Street, Suite 1700
Indianapolis, Indiana 46204
Attn: Jason Burke
    Christopher Hagenow

QB\55218458.1

Campus Corner, LLC
c/o NPS
1107 S. Tillotson, Suite 3
Muncie, IN 47304

Campus Corner, LLC
1601 Grey Marsh Road
Mount Pleasant, SC 29464

Carmel Lofts, LLC
Attn: Kara Drath
47 S. Pennsylvania Street
10th Floor
Indianapolis, IN 46204

Jefferson Plaza, LLC
972 Emerson Parkway, Suite A
Indianapolis, IN 46143
Attn: J. Greg Allen

STORE Master Funding VI, LLC
8377 E. Hartford Dr., Suite 100
Scottsdale, AZ 85255
Attn: Michael T. Bennett
      Executive Vice President -
      General Counsel

Spencer Crawford
Asset Resolution Manager
STORE Capital
8377 E Hartford Dr.
Suite 100
Scottsdale, Arizona 85255

STORE Master Funding VI, LLC, c/o
Kutak Rock LLP
1801 California St., Suite 3000
Denver, CO 80202
Attn: Kelly G. Reynoldson, Esq.