**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SCOTTY'S HOLDINGS, LLC, | ) | Case No. 18-09243-JJG-11 |
| | ) | |
| Debtor(s).[1] | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Deborah J. Caruso, of the law firm of Rubin & Levin, P.C., pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule B-9010-1, hereby enters her appearance on behalf of 7th & Walnut Retail, LLC, a creditor in this case.

The undersigned respectfully requests that she (a) receive service of all notices given under Bankruptcy Rule 2002, (b) receive all pleadings and documents required to be served by any party with respect to any matter, and (c) be placed upon the Service List in this case. The undersigned requests that all such notices, pleadings and documents be transmitted to the undersigned, addressed to:

> Deborah J. Caruso
> RUBIN & LEVIN, P.C.
> 135 N. Pennsylvania St., Suite 1400
> Indianapolis, IN  46204
> Tel:  (317) 860-2867
> Fax:  (317) 453-8616
> Email: dcaruso@rubin-levin.net

Neither this *Notice of Appearance and Request for Service*, nor later appearance, pleading, claim or suit, or other writing, or conduct shall constitute a waiver of:  (a) right to have

---

[1] The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11 (the "Lead Case"); A Pots & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245-JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scotty's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253-JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18-09256-JJG-11; Scotty's Brewhouse Butler, LLC, Case No. 18-09257-JJG-11; and Scotty's Brewhouse Waco, LLC, Case No. 18-09258-JJG-11.

final orders in noncore matters entered only after *de novo* review by a District Judge; (b) right to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (c) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, setoffs, or recoupments which is or may be entitled to under agreements, in law, in equity, or otherwise, all of which are expressly reserved and preserved, without exemption and with no purpose of confessing or conceding jurisdiction in any way by its filing or by any other participation in this case.

        Respectfully submitted,

        RUBIN & LEVIN, P.C.

Dated: December 18, 2018        */s/ Deborah J. Caruso*
        Deborah J. Caruso, Esq. (Atty. No. 4273-49)
        135 N. Pennsylvania Street, Suite 1400
        Indianapolis, IN 46204
        Telephone: (317) 860-2867
        Facsimile: (317) 453-8616
        Email: dcaruso@rubin-levin.net

        *Counsel for 7th & Walnut Retail, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2018 a copy of the foregoing *Notice of Appearance and Request for Service* was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

John Joseph Allman     jallman@hbkfirm.com, dadams@hbkfirm.com
Jason R Burke     jburke@bbrlawpc.com, kellis@bbrlawpc.com
Aaron E. Davis     Aaron.Davis@bclplaw.com, kathryn.farris@bclplaw.com;chdocketing@bclplaw.com
Lucy Renee Dollens     lucy.dollens@quarles.com, paul.sanders@quarles.com;DocketIN@quarles.com;kelly.webster@quarles.com
Isaac M Gabriel     isaac.gabriel@quarles.com, sybil.aytch@quarles.com;kelly.webster@quarles.com;elizabeth.fella@quarles.com
Craig Solomon Ganz     ganzc@ballardspahr.com
Christopher C Hagenow     chagenow@bbrlawpc.com, kellis@bbrlawpc.com
John R. Humphrey     jhumphrey@taftlaw.com, aolave@taftlaw.com
Anthony R. Jost     tjost@rbelaw.com, baldous@rbelaw.com;tbutton@rbelaw.com
Jay Pearson Kennedy     jkennedy@kgrlaw.com, tfroelich@kgrlaw.com;srosner@kgrlaw.com;jli@kgrlaw.com
Harley K Means     hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com;tjf@kgrlaw.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
Harrison Edward Strauss     harrison.strauss@usdoj.gov, Lora.L.Hurlbert@USDOJ.GOV
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov

      I further certify that on December 18, 2018, a copy of the foregoing *Notice of Appearance and Request for Service* was mailed by first-class U.S. Mail, postage prepaid, or electronic mail as indicated and properly addressed to the following:

None.

                                                   */s/ Deborah J. Caruso*
                                                   Deborah J. Caruso

G:\WP80\GENLIT\7th&Walnut-Scotty's Brewhouse-86757001\Drafts\Appearance DJC.docx