UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 18-09243-JJG-11 |
| SCOTTY'S HOLDINGS, LLC, ) | (Jointly Administered) |
| ) | |
| DEBTORS[1],. ) | |

**AGREED ENTRY ON OBJECTION TO DEBTORS' MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

Come now the debtors and debtors-in-possession (the "Debtors") in the above captioned chapter 11 cases, and the Huntington National Bank ("Huntington"), by counsel, and agree and stipulate as follows:

1. On December 11, 2018, the Debtors filed voluntary petitions for relief under Chapter 11 of the Unites States Bankruptcy Code.

2. On December 19, 2018, the Debtors filed *Debtors' Motion for Extension of Time to File Schedules and Statements of Financial Affairs* [Doc. 65] (the "Motion"), whereby the Debtors requested they be provided an extension of time to file schedules and statements of financial affairs up to and including January 25, 2019.

3. On December 19, 2018, Huntington filed its *Objection to Debtors' Motion for Extension of Time to File Schedules and Statements of Financial Affairs* [Doc. 68] (the "Objection"), whereby Huntington objected to relief requested in the Motion on the basis that the extension date would not allow Huntington an opportunity to review the Debtors' schedules and

---

[1] The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11 (the "Lead Case"); A Pots & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245-JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scott's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, LLC, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253-JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18-09256-JJG-11; Scotty's Brewhouse Butler, LLC, Case No. 18-09257-JJG-11; and Scotty's Brewhouse Waco, LLC, Case No. 18-09258-JJG-11.

statements of financial affairs prior to the next cash use hearing scheduled for January 17, 2019.

4. The Debtors and Huntington have resolved to their mutual satisfaction the issues raised by the Objection.

5. The Debtors shall file their schedules and statements of financial affairs on or before January 14, 2019, at 11:59 p.m. ET.

6. In the interim and beginning as soon as possible, the Debtors shall provide Huntington with copies of federal tax returns and their annual reviewed financial statements for tax years 2016 and 2017 which the Debtors are to provide to Huntington annually on or before April 30th pursuant to their loan documents with Huntington.

WHEREFORE, the parties pray that the above stipulations be approved by the Court, that an order be entered in accordance therewith, and for all other appropriate relief.

**AGREED:**

| | |
|---|---|
| BLACKWELL, BURKE & RAMSEY, P.C. | |
| 101 West Ohio Street, Suite 1700 | By: /s/ *Jason R. Burke* |
| Indianapolis, Indiana 46204 | Jason R. Burke |
| (317) 635-5005 | Attorneys for Creditor |
| Fax: (317) 634-2501 | Huntington National Bank |

Date: December 21, 2018

**AGREED:**

| | |
|---|---|
| Hester Baker Krebs LLC | By: /s/ *John J. Allman* |
| One Indiana Square, Suite 1600 | John J. Allman |
| Indianapolis, IN 46204 | Proposed Attorneys for Debtors |
| 317-833-3030 | Scotty's Holdings, LLC et al |
| Fax : 317-833-3031 | |

Date: December 21, 2018