UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| SCOTTY'S HOLDINGS, LLC, ) | Case No. 18-09243-JJG-11 |
| ) | (Jointly Administered) |
| ) | |
| Debtor(s).[1] ) | |

### NOTICE OF NO ADDITIONAL LOAN DOCUMENTS RELATING TO THE DEBTOR'S MOTION FOR AN ORDER (I) AUTHORIZING THE DEBTOR'S TO OBTAIN SECURED POST-PETITION FINANCING AND (II) GRANTING RELATED RELIEF, FILED DECEMBER 27, 2018, [DKT. NO. 89]

Scotty's Holdings, LLC and its affiliated debtors and debtors-in-possession (collectively, the **"Debtors"**), in the above-captioned Chapter 11 cases, hereby provide notice that the Debtors and the DIP Lender[2] will not be providing or entering into any additional loan documents in connection with the debtor-in-possession loan requested under the *Motion For An Order (I) Authorizing The Debtor's To Obtain Secured Post-Petition Financing, And (II) Granting Related Relief* filed on December 27, 2018 [Dkt. No. 89] (the **"Motion"**).  As set forth in paragraph 21 the Motion and throughout the proposed order attached thereto, the Debtor and the DIP Lender contemplated that additional loan and security documents would be entered into between them to govern the terms of the DIP Loan.  After further consideration, the DIP Lender and the Debtors have agreed to enter into the DIP Loan relying solely on the terms of the Term Sheet attached as

---

[1] The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11 (the "Lead Case"); A Pots & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245-JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scotty's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253-JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18-09256-JJG-11; Scotty's Brewhouse Butler, LLC, Case No. 18-09257-JJG-11; and Scotty's Brewhouse Waco, LLC, Case No. 18-09258-JJG-11.

[2] Unless otherwise defined, all capitalized terms used herein shall have the same meaning ascribed to them in the Motion.

Exhibit 3 to the Motion and the terms of the proposed order, as modified and attached hereto as **Exhibit 1** (the "**Modified Order**").  The Modified Order does not alter any of the material terms, but simply removes the references to the contemplated loan and security documents.  The Modified Order clarifies that the Term Sheet shall be binding and shall govern the lending relationship between the parties, notwithstanding the fact that it states for discussion purposes only on its face.  A redline showing the changes from the original proposed order attached to the Motion and the Modified order is attached hereto as **Exhibit 2**.

RESPECTFULLY SUBMITTED this 7th day of January, 2019.

        HESTER BAKER KREBS LLC

By /s/ *John J. Allman*
John J. Allman
One Indiana Square, Suite 1600
Indianapolis, IN 46204
(317) 833-3030
Fax: (317) 833-3031
Email: jallman@hbkfirm.com
*Proposed Attorneys for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019, a copy of the foregoing *Notice Of No Additional Loan Documents Relating To The Debtor's Motion For An Order (1) Authorizing The Debtor's To Obtain Secured Post-Petition Financing And (2) Granting Related Relief* was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/Parties may access this filing through the Court's system.

| | |
|---|---|
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Harrison E. Strauss | harrison.strauss@usdoj.gov; lora.l.hurlbert@usdoj.gov |
| Ronald J. Moore | ronald.moore@usdoj.gov |
| John J. Allman | jallman@hbkfirm.com; dadams@hbkfirm.com |
| Jason R. Burke | jburke@bbrlawpc.com; kellis@bbrlawpc.com |
| Christopher C. Hagenow | chagenow@bbrlaw.com; kellis@bbrlawpc.com |
| Aaron E. Davis | aaron.davis@bclplaw.com; kathryn.farris@bclplaw.com; chdocketing@bclplaw.com |
| Anthony J. Jost | tjost@rbelaw.com; baldous@rbelaw.com; tbutton@rbelaw.com |
| Harley K. Means | hkm@kgrlaw.com; kwhigham@kgrlaw.com; cjs@kgrlaw.com; tjf@kgrlaw.com |
| Jay P. Kennedy | jkennedy@kgrlaw.com; tfroelich@kgrlaw.com; srosner@kgrlaw.com; jli@kgrlaw.com |
| Craig S. Ganz | ganzc@ballardspahr.com |
| John R. Humphrey | jhumphrey@taftlaw.com; aolave@taftlaw.com |
| Meredith R. Theisen | mtheisen@rubin-levin.net; atty_mtheisen@bluestylus.com; mralph@rubin-levin.com |
| Deborah Caruso | dcaruso@rubin-levin.com; dwright@rubin-levin.com; jkrichbaum@rubin-levin.com; atty_dcaruso@bluestylus.com |
| John M. Mead | jmead@indylegal.net; cweaver@indylegal.net |
| Jeffrey A. Hokanson | jeff.hokanson@icemiller.com; kathy.peed@icemiller.com |
| John Cannizzaro | john.cannizzaro@icemiller.com; deborah.martin@icemiller.com |
| Amanda K. Quick | amanda.quick@atg.in.gov; darlene.greenley@atg.in.gov |
| Mary J. Fassett | mjf@mccarronlaw.com |
| Frederick Hyman | fhyman@mayerbrown.com |
| Jeffrey M. Hester | jhester@hbkfirm.com; mhetser@hbkfirm.com |