UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SCOTTY'S HOLDINGS, ) | Case No. 18-09243-JJG-11 |
| ) | (Jointly Administered) |
| Debtor(s).[1] ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Steven M. Lutz, of the law firm of Church Church Hittle + Antrim, enters this Appearance on behalf of Butler University, a creditor in this case (the "Creditor"), pursuant to Fed. R. Bankr. P. 9010 and requests that all pled matters be directed to his attention using the contact information provided herein below.

> Steven M. Lutz
> Church Church Hittle + Antrim
> Two North Ninth Street
> Noblesville, IN 46060
> Telephone:  317.773.2190
> Facsimile:  317.773.5320
> Email:      lutz@cchalaw.com

Neither this Notice of Appearance and Request for Service, nor later appearance, pleading, claim or suit, or other writing, or conduct shall constitute a waiver of: (i) the Creditor's right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) the Creditor's right to trial by jury

---

[1] The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11 (the "Lead Case"); A Pots & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245-JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scotty's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253- JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18- 09256-JJG-11; Scotty's Brewhouse Butler, LLC, Case No. 18-09257-JJG-11; and Scotty's Brewhouse Waco, LLC, Case No. 18- 09258-JJG-11.

in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (iii) the Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditor is or may be entitled to under agreements, in law, in equity, or otherwise, all of which are expressly reserved and preserved, without exemption and with no purpose of confessing or conceding jurisdiction in any way by its filing or by any other participation in this case.

Dated: <u>January 8, 2018</u>

Respectfully submitted,

/s/ *Steven M. Lutz*
Steven M. Lutz
Church Church Hittle + Antrim
Two North Ninth Street
Noblesville, IN 46060
Telephone:   317.773.2190
Facsimile:     317.773.5320
Email:           lutz@cchalaw.com

*Attorney for Creditor*
*Butler University*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2019, a copy of the foregoing Notice of Appearance and Request for Service was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John Joseph Allman (jallman@hbkfirm.com)
Isaac Gabriel (Isaac.gabriel@quarles.com)
Lucy R. Dollens (lucy.dollens@quarles.com)
Christopher Combest (Christopher.combest@quarles.com)
Jason R. Burke (jburke@bbrlawpc.com)
Christopher Hagenow (chagenow@bbrlawpc.com)
Aaron Davis (aaron.davis@bryancave.com)
Anthony R. Jost (tjost@rbelaw.com)
Harley K. Means (hkm@kgrlaw.com)
Jay P. Kennedy (jpk@kgrlaw.com)
John R. Humphrey (jhumphrey@taftlaw.com; aolave@taftlaw.com)
Deborah J. Caruso (dcaruso@rubin-levin.net)
Meredith R. Theisen (mtheisen@rubin-levin.net)
John M. Mead (jmead@indylegal.net)
Jeffrey A. Hokanson (jeff.hokanson@icemiller.com)
John C. Cannizzaro (john.cannizzaro@icemiller.com)
Amanda K. Quick (Amanda.quick@atg.in.gov)
Frederick D. Hyman (fhyman@mayerbrown.com)
Mary Jean Fassett (mjf@mccarronlaw.com)
Craig Solomon Ganz (ganzc@ballardspahr.com)
Jeffrey M. Hester (jhester@hbkfirm.com)
U.S. Trustee (ustpregion10.in.ecf@usdoj.gov)
Harrison E. Strauss (Harrison.Strauss@usdoj.gov)
Ronald J. Moore (Ronald.Moore@usdoj.gov)

      I further certify that on January 8, 2019, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

      None.

                                                              /s/ *Steven M. Lutz*
                                                             Steven M. Lutz