**Scotty's Holdings Report W/E 12/16/18:**

| | Post-Filing Budget 12/12 to 12/16 | Post-Filing Actual 12/12 to 12/16 | Variance |
|---|---|---|---|
| Company Restaurant Sales | $308,000 | $327,350 | $19,350 |
| Managed Restaurant Sales | 258,000 | 289,526 | 31,526 |
| Managed Restaurant Fees | 20,686 | 23,162 | $2,476 |
| **Total Cash In Flows** | 328,686 | 350,512 | 21,826 |
| Payroll | 0 | 0 | 0 |
| US Foods ACH | (78,080) | (104,857) | (26,777) |
| Liquor ACH | (18,960) | (15,261) | 3,699 |
| Sales/ F&B Tax | 0 | 0 | 0 |
| Rents | 0 | 0 | 0 |
| Huntington & Leases | 0 | 0 | 0 |
| Rewards Network | 0 | (16,917) | (16,917) |
| Insurance | 0 | 0 | 0 |
| Bank & CC Fees | 0 | 0 | 0 |
| Chase & AMEX CC Pmts | 0 | 0 | 0 |
| Utilities | (8,000) | (8,009) | (9) |
| Web/Data Contracts | 0 | (8,041) | (8,041) |
| Change orders | (6,000) | (655) | 5,345 |
| CRO | 0 | 0 | 0 |
| Professional Fees (BK Support) | 0 | 0 | 0 |
| Restaurant Operating Expenses | 0 | (331) | (331) |
| Retainer /Trustee Fees | 0 | 0 | 0 |
| Cleared Checks | 0 | (4,614) | (4,614) |
| **Total Cash Out Flows** | (111,040) | (158,685) | (47,645) |
| **Net Cash Change** | 217,646 | 191,827 | (25,819) |
| Beginning Cash Balance | 359,654 | 359,654 | 0 |
| Ending Cash Balance | $577,300 | $551,481 | ($25,819) |

EXHIBIT 1

**Scotty's Holdings Report W/E 12/23/18:**

| | Post-Filing Budget 12/23/18 | Post-Filing Actual 12/23/18 | Variance |
|---|---|---|---|
| Company Restaurant Sales | $391,000 | $288,655 | ($102,345) |
| Managed Restaurant Sales | 317,081 | 325,985 | 8,904 |
| Managed Restaurant Fees | 25,366 | 26,078 | $712 |
| **Total Cash In Flows** | 416,366 | 314,733 | (101,633) |
| Payroll | (400,000) | (392,721) | 7,279 |
| US Foods ACH | (98,700) | (102,271) | (3,571) |
| Liquor ACH | (23,910) | (14,453) | 9,457 |
| Sales/ F&B Tax | (130,000) | (122,238) | 7,762 |
| Rents | 0 | 0 | 0 |
| Huntington & Leases | 0 | 0 | 0 |
| Rewards Network | 0 | 16,917 | 16,917 |
| Insurance | 0 | 0 | 0 |
| Bank & CC Fees | (4,500) | (4,097) | 403 |
| Chase & AMEX CC Pmts | (3,000) | 0 | 3,000 |
| Utilities | (27,000) | (3,240) | 23,760 |
| Web/Data Contracts | 0 | (14,910) | (14,910) |
| Change orders | (10,000) | (13,723) | (3,723) |
| CRO | (5,000) | 0 | 5,000 |
| Professional Fees (BK Support) | (5,000) | 0 | 5,000 |
| Restaurant Operating Expenses | (25,000) | (2,321) | 22,679 |
| Retainer /Trustee Fees | 0 | 0 | 0 |
| Cleared Checks | 0 | (319) | (319) |
| **Total Cash Out Flows** | (732,110) | (653,376) | 78,734 |
| **Net Cash Change** | (315,744) | (338,643) | (22,899) |
| Beginning Cash Balance | 578,163 | 551,481 | 0 |
| **Ending Cash Balance** | $262,419 | $212,838 | ($49,581) |

**Scotty's Holdings Report W/E 12/30/18:**

| | Post-Filing Budget 12/30/18 | Post-Filing Actual 12/30/18 | Variance |
|---|---|---|---|
| Company Restaurant Sales | $234,000 | $296,495 | $62,495 |
| Managed Restaurant Sales | 389,176 | 281,838 | (107,338) |
| Managed Restaurant Fees | 31,134 | 22,541 | ($8,593) |
| **Total Cash In Flows** | 265,134 | 319,036 | 53,902 |
| Payroll | 0 | 0 | 0 |
| US Foods ACH | (60,240) | (85,510) | (25,270) |
| Liquor ACH | (14,000) | (10,446) | 3,554 |
| Sales/ F&B Tax | (18,000) | 0 | 18,000 |
| Rents | 0 | 0 | 0 |
| Huntington & Leases | 0 | 0 | 0 |
| Rewards Network | 0 | 0 | 0 |
| Insurance | (12,000) | 0 | 12,000 |
| Bank & CC Fees | 0 | (4,097) | (4,097) |
| Chase & AMEX CC Pmts | (3,000) | 0 | 3,000 |
| Utilities | (27,000) | (12,170) | 14,830 |
| Web/Data Contracts | 0 | 0 | 0 |
| Change orders | (8,000) | (3,359) | 4,641 |
| CRO | (5,000) | 0 | 5,000 |
| Professional Fees (BK Support) | (5,000) | 0 | 5,000 |
| Restaurant Operating Expenses | (25,000) | (114) | 24,886 |
| Retainer /Trustee Fees | (6,500) | 0 | 6,500 |
| Cleared Checks | 0 | (35,207) | (35,207) |
| **Total Cash Out Flows** | (183,740) | (150,903) | 32,837 |
| **Net Cash Change** | 81,394 | 168,133 | 86,739 |
| Beginning Cash Balance | 262,419 | 212,828 | 0 |
| Ending Cash Balance | $343,813 | $380,961 | $37,148 |

**Scotty's Holdings Report W/E 1/6/19:**

| | Post-Filing Budget 1/6/19 | Post-Filing Actual 1/6/19 | Variance |
|---|---|---|---|
| Company Restaurant Sales | $263,743 | $284,243 | $20,500 |
| Managed Restaurant Sales | 266,726 | 299,271 | 32,545 |
| Managed Restaurant Fees | 21,338 | 23,926 | 2,588 |
| **Total Cash In Flows** | **285,081** | **308,169** | **23,088** |
| Payroll | (325,000) | (282,183) | 42,817 |
| US Foods ACH | (69,015) | (85,167) | (16,152) |
| Liquor ACH | (16,139) | (9,173) | 6,966 |
| Sales/ F&B Tax | 0 | (24,076) | (24,076) |
| Rents | (125,097) | (20,478) | 104,619 |
| Huntington Loan | (33,032) | 0 | 33,032 |
| Rewards Network | 0 | 0 | 0 |
| Insurance | 0 | (44,661) | (44,661) |
| Bank & CC Fees | 0 | (32,280) | (32,280) |
| Chase & AMEX CC Pmts | (15,000) | 0 | 15,000 |
| Utilities | (10,550) | (114) | 10,436 |
| Web/Data Contracts | 0 | (1,676) | (1,676) |
| Change orders | (8,000) | (2,496) | 5,504 |
| CRO | (5,000) | 0 | 5,000 |
| Professional Fees (BK Support) | (5,000) | 0 | 5,000 |
| Restaurant Operating Expenses | (25,000) | 0 | 25,000 |
| Retainer /Trustee Fees | 0 | 0 | 0 |
| Cleared Checks | 0 | (20,375) | (20,375) |
| **Total Cash Out Flows** | **(636,833)** | **(522,679)** | **114,154** |
| **Net Cash Change** | **(351,752)** | **(214,510)** | **137,242** |
| Beginning Cash Balance | 343,813 | 380,961 | 37,148 |
| **Ending Cash Balance** | **($7,939)** | **$166,451** | **$174,390** |

**Scotty's Holdings Report W/E 1/13/19:**

| | Post-Filing Budget 1/13/19 | Post-Filing Actual 1/13/19 | Variance |
|---|---|---|---|
| Company Restaurant Sales | $296,514 | $286,788 | ($9,726) |
| Managed Restaurant Sales | 267,633 | 264,804 | (2,829) |
| Managed Restaurant Fees | 21,411 | 49,298 | 27,887 |
| **Total Cash In Flows** | 317,925 | 336,086 | 18,161 |
| Payroll | 0 | 0 | 0 |
| US Foods ACH | (76,150) | (102,930) | (26,780) |
| Liquor ACH | (17,742) | (17,028) | 714 |
| Sales/ F&B Tax | 0 | 0 | 0 |
| Rents | 0 | (65,224) | (65,224) |
| Huntington Loan | 0 | (33,032) | (33,032) |
| Rewards Network | (5,000) | 0 | 5,000 |
| Insurance | 0 | 0 | 0 |
| Bank & CC Fees | (20,000) | (2,442) | 17,558 |
| Chase & AMEX CC Pmts | (2,000) | 0 | 2,000 |
| Utilities | (11,861) | (11,261) | 600 |
| Web/Data Contracts | (15,000) | (5,044) | 9,956 |
| Change orders | (8,000) | (5,671) | 2,329 |
| CRO | (5,000) | 0 | 5,000 |
| Professional Fees (BK Support) | (5,000) | 0 | 5,000 |
| Restaurant Operating Expenses | (25,000) | (13,144) | 11,856 |
| Retainer /Trustee Fees | 0 | 0 | 0 |
| Cleared Checks | 0 | 0 | 0 |
| **Total Cash Out Flows** | (190,753) | (255,776) | (65,023) |
| **Net Cash Change** | 127,172 | 80,310 | (46,862) |
| Beginning Cash Balance | (7,939) | 166,451 | 174,390 |
| **Ending Cash Balance** | $119,233 | $246,761 | $127,528 |

## Scotty's Brewhouse—Cash Collateral Beginning Balance

1) Deposit Accounts--$360,517.00
2) Management Fee Receivables--$44,964.00
3) Inventory--$226,735.00
4) Credit Card Receipts--$135,293.00
5) Cash in Safe--$40,000.00

Total Cash Collateral--$807,509.00

## Cash Collateral Balance End of Business 12/16/18

1) Deposit Accounts--$380,210.00
2) Management Fee Receivables--$29,712.00
3) Inventory--$131,780.00
4) Credit Card Receipts--$321,016.00
5) Cash in Safe--$24,800.00

Total Cash Collateral--$887,518.00

## Cash Collateral Balance End of Business 12/23/18

1) Deposit Accounts--$212,838
2) Management Fee Receivables--$20,542
3) Inventory--$215,593
4) Credit Card Receipts--$220,916
5) Cash in Safe--$22,235

Total Cash Collateral--$692,124

## Cash Collateral Balance End of Business 12/30/18

1) Deposit Accounts--$380,961
2) Management Fee Receivables--$22,541
3) Inventory--$206,551
4) Credit Card Receipts--$186,797
5) Cash in Safe--$22,881

Total Cash Collateral--$819,731

## <u>Cash Collateral Balance End of Business 1/6/19</u>

1) Deposit Accounts--$166,451
2) Management Fee Receivables--$23,926
3) Inventory--$207,874
4) Credit Card Receipts--$192,165
5) Cash in Safe--$20,700

Total Cash Collateral--$611,116

## <u>Cash Collateral Balance End of Business 1/13/19</u>

6) Deposit Accounts--$246,761
7) Management Fee Receivables--$21,164
8) Inventory--$206,655
9) Credit Card Receipts--$171,135
10) Cash in Safe--$19,168

Total Cash Collateral--$664,883