**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-09243-JJG-11 |
| SCOTTY'S HOLDINGS, LLC, ) | |
| ) | (Jointly Administered) |
| ) | |
| Debtor(s).[1] ) | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 10, 2019 the above-captioned debtors and debtors-in-possession (the "Debtors"), filed their *Omnibus Motion (Second) for Entry of an Order Authorizing and Approving the Rejection of Certain Unexpired Leases and Executory Contracts Pursuant to 11 U.S.C. §365* (the "Motion").

As described in more detail in the Motion, certain of the Debtors seek entry of an order authorizing and approving the rejection of certain unexpired leases of nonresidential real property and certain executory contracts and fixing a deadline for filing any claims arising from such rejections.

**EACH PARTY TO A CONTRACT OR LEASE SOUGHT TO BE REJECTED THROUGH THE MOTION WILL FIND HIS, HER, OR ITS NAME AND RESPECTIVE CONTRACT OR LEASE LISTED ON EXHIBIT B TO THE MOTION**.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read this Notice carefully and discuss it with your attorney, if you have one in these bankruptcy cases. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Court to enter an order granting the Motion, or if you want the Court to consider your views on the Motion, then, on or before **April 17, 2019** you or your attorney must file with the Court a written objection explaining your position. If you mail your response or objection to the Court, you must mail it early enough so the Court will **receive** it on or before the date stated herein.

---

[1] The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11; A Pots & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245-JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scotty's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253-JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18-09256-JJG-11; Scotty's Brewhouse Butler, LLC, Case No. 18-09257-JJG-11; and Scotty's Brewhouse Waco, LLC, Case No. 18-09258-JJG-11.

Those not permitted to file papers with the Court electronically must deliver any objection by U.S. Mail, courier, overnight/express mail, or in person to 116 U.S. Courthouse, 46 East Ohio Street, Indianapolis, IN 46204.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must also be served (A) upon the undersigned counsel for the Debtors, so as to **actually be received** by or before April 17, 2019 and (B) as provided in the Case Management Order entered by the Court.

A copy of the Motion and of the Case Management Order may be obtained, free of charge, from undersigned counsel or from the case website maintained by Stretto (formerly known as JND Corporate Restructuring) at https://cases-cr.stretto.com/scottys-holdings?r.

**PLEASE TAKE FURTHER NOTICE THAT, IF AN OBJECTION IS PROPERLY FILED, A HEARING ON THE MOTION WILL BE HELD AS FOLLOWS:**

| | |
|---|---|
| **Date:** | Wednesday, April 24, 2019 |
| **Time:** | 1:30 P.M. (EDT) |
| **Location:** | Birch Bayh Federal Building and United States Courthouse<br>46 East Ohio Street<br>Courtroom 311<br>Indianapolis, IN 46204 |
| **Telephonic Appearance:**[2] | 1-877-848-7030, Access Code 8891756 |

**PLEASE TAKE FURTHER NOTICE** that, if you or your attorney do not take these steps, the Court may grant the relief requested in the Motion **without a hearing**.

DATED this 10th day of April, 2019.   QUARLES & BRADY LLP

> By: /s/ *Isaac M. Gabriel*
> Isaac M. Gabriel (AZ Bar No. 021780)
>   admitted *Pro Hac Vice*
> Christopher Combest (IL ARDC No. 06224701)
>   admitted *Pro Hac Vice*
> 135 N. Pennsylvania St., Suite 2400
> Indianapolis, Indiana 46204
> Telephone: (317) 957-5000
> Facsimile: (317) 957-5010
> isaac.gabriel@quarles.com
> christopher.combest@quarles.com
> *Special Counsel for Debtors*

---

[2] Please note that, although telephonic participation is generally allowed, parties appearing by telephone may not present evidence, examine a witness, or cross-examine a witness.

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2019, a copy of the foregoing *Notice of Motion* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| John J. Allman | jallman@hbkfirm.com, dadams@hbkfirm.com |
| Kay Dee Baird | kbaird@kdlegal.com, rhobdy@kdlegal.com; crbpgpleadings@kdlegal.com |
| Daniel D. Bobilya | dan@b-blegal.com, sarah@b-blegal.com |
| Jason R. Burke | jburke@bbrlawpc.com, kellis@bbrlawpc.com |
| John Cannizzaro | john.cannizzaro@icemiller.com, Deborah.Martin@icemiller.com |
| Deborah Caruso | dcaruso@rubin-levin.net, dwright@rubin-levin.net; jkrichbaum@rubin-levin.net; atty_dcaruso@bluestylus.com |
| E. Davis Coots | dcoots@chwlaw.com, akiefer@chwlaw.com; COHara@chwlaw.com; CCurley@chwlaw.com; KCarlisle@chwlaw.com |
| Aaron E. Davis | Aaron.Davis@bclplaw.com, kathryn.farris@bclplaw.com; chdocketing@bclplaw.com |
| Mary Jean Fassett | mjf@mccarronlaw.com |
| Craig Solomon Ganz | ganzc@ballardspahr.com |
| Christopher C. Hagenow | chagenow@bbrlawpc.com, kellis@bbrlawpc.com |
| Jeffrey M. Hester | jhester@hbkfirm.com, mhetser@hbkfirm.com |
| Jeffrey A. Hokanson | jeff.hokanson@icemiller.com, kathy.peed@icemiller.com |
| John R. Humphrey | jhumphrey@taftlaw.com, aolave@taftlaw.com |
| Frederick Hyman | fhyman@mayerbrown.com |
| Brent E. Inabnit | brenti@sni-law.com, joshv@sni-law.com |
| Anthony R. Jost | tjost@rbelaw.com, baldous@rbelaw.com; tbutton@rbelaw.com |
| Jay Pearson Kennedy | jkennedy@kgrlaw.com, tfroelich@kgrlaw.com; srosner@kgrlaw.com; jli@kgrlaw.com |
| Steven M. Lutz | Lutz@cchalaw.com |
| John Michael Mead | jmead@indylegal.net, kbonstead@indylegal.net |
| Harley K. Means | hkm@kgrlaw.com, kwhigham@kgrlaw.com; cjs@kgrlaw.com; tjf@kgrlaw.com |
| Ronald J. Moore | Ronald.Moore@usdoj.gov |
| C Daniel Motsinger | cmotsinger@kdlegal.com, cmotsinger@kdlegal.com; crbpgpleadings@kdlegal.com; shammersley@kdlegal.com |
| Amanda Koziura Quick | amanda.quick@atg.in.gov, Darlene.Greenley@atg.in.gov; Hunter.Schubert@atg.in.gov |
| Harrison Edward Strauss | harrison.strauss@usdoj.gov, Lora.L.Hurlbert@USDOJ.GOV |
| Meredith R. Theisen | mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com; mralph@rubin-levin.net |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

/s/ *Isaac M. Gabriel*
Isaac M. Gabriel

QB\56712232.1                3