**SO ORDERED: April 16, 2019.**



_____
**Jeffrey J. Graham
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SCOTTY'S HOLDINGS, LLC, | ) | CASE NO.  18-09243-JJG-11 |
| | ) | (Jointly Administered) |
| Debtor(s)[1]. | ) | |

**ORDER SETTING OMNIBUS HEARING DATES**

Pursuant to the *Case Management Procedures* made applicable in the case by Order dated January 30, 2019 [Docket. No. 171], the Court hereby sets the following omnibus hearings:  June 12, 2019, at 1:30 p.m. Eastern Time; July 22, 2019, at 1:30

---

[1]   The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11 (the "Lead Case"); A Pots & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245-JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scotty's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, LLC, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253-JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18-09256-JJG-11; Scotty's Brewhouse Butler, LLC, Case No. 18-09257-JJG-11; and Scotty's Brewhouse Waco, LLC, Case No. 18-09258-JJG-11.

p.m. Eastern Time; and August 21, 2019, at 1:30 p.m. Eastern Time. All hearings will be held in Room 311 of the Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, 46204. Parties wishing to participate telephonically should refer to Section A.7. of the Case Management Procedures.

###