**The Precedent Retail Center**

Exhibit A


