## EXHIBIT A & Exhibit A-1

**EXHIBIT A -  SITE PLAN SHOWING LOCATION OF DEMISED PREMISES AND THE SHOPPING CENTER**    Site to be measured by Tenant Representative and Landlord to mutually agree on total square feet of Leased Space.


**EXHIBIT A-1 – SPACE PLAN SHOWING INVENTORY OF ALL FURNISHINGS AND EQUIPMENT**

List of all inventory, furnishings and equipment to be provided with photos included to be made a part of the Lease.  All such inventory, furnishings and equipment is and shall remain the Landlord's property at the termination of this Lease.



1