## U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| **Case Name:** | A Pots and Pans Production | **Date Filed:** | 12/11/2018 |
| **Case Number:** | 18-09244-JJG-11 | **SIC Code:** | |

**Month (or portion) covered by this report:** 2/25/2019 to 3/31/2019

**IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.**

*Allen Arroyo*                                                                 4/15/19
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY                 DATE REPORT SIGNED

Allen Arroyo
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

**QUESTIONNAIRE:**

| | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☑ | ☐ |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** A Pots and Pans Production     **Date Filed:** 12/11/2018

**Case Number:** 18-09244-JJG-11     **SIC Code:** _____

Month (or portion) covered by this report: 2/25/2019 to 3/31/2019

|  | YES | NO |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ☑ | ☐ |

### TAXES

| | | |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST PETITION TAX OBLIGATIONS? | ☐ | ☑ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME**     208,275

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES**     174,748

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)

(Subtract The Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH  $ 33,527**

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** A Pots and Pans Production   **Date Filed:** 12/11/2018

**Case Number:** 18-09244-JJG-11   **SIC Code:**

Month (or portion) covered by this report: 2/25/2019 to 3/31/2019

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES**    98,531

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES**    0

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    28

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    14

### PROFESSIONAL FEES

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD?

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE?

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD?

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE?

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD?

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE?

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** _____   **Date Filed:** _____

**Case Number:** _____   **SIC Code:** _____

**Month (or portion) covered by this report:** _____

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | |
|---|---:|
| PROJECTED INCOME FOR THE MONTH: | |
| ACTUAL INCOME FOR THE MONTH (EXHIBIT B): | 0.00 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: | 0.00 |
| PROJECTED EXPENSES FOR THE MONTH: | |
| TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): | 0.00 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: | 0.00 |
| PROJECTED CASH PROFIT FOR THE MONTH: | 0.00 |
| ACTUAL CASH PROFIT FOR THE MONTH (TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C) | 0.00 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: | 0.00 |

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

**Comparative Statement of Operations**
For the Period 02-25-2019 to 03-31-2019

| | Pots & Pans 995 | |
|---|---:|---:|
| | $ | % |
| **REVENUE** | | |
| FOOD | 0 | 0.0% |
| NA BEVERAGE | 0 | 0.0% |
| GROSS FOOD REVENUE | 0 | 0.0% |
| **ALCOHOL REVENUES** | | |
| BEER | 0 | 0.0% |
| INSIDE/OUTSIDE BEER SALES | 0 | 0.0% |
| WINE | 0 | 0.0% |
| LIQUOR | 0 | 0.0% |
| GROSS BREWERY REVENUE | 0 | 0.0% |
| **OTHER REVENUES** | | |
| MANAGEMENT FEES INCOME | 208,275 | 0.0% |
| DELIVERY CHARGE | 0 | 0.0% |
| RETAIL, COMMISSARY | 0 | 0.0% |
| GROSS OTHER | 208,275 | 100.0% |
| TOTAL GROSS REVENUE | 208,275 | 0.0% |
| PROMOS | 0 | 0.0% |
| COMPS | 0 | 0.0% |
| **TOTAL NET REVENUE** | 208,275 | 0.0% |
| **COSTS OF GOODS** | | |
| BEEF | 0 | #DIV/0! |
| SEAFOOD | 0 | #DIV/0! |
| POULTRY | 0 | #DIV/0! |
| OTHER MEAT | 0 | #DIV/0! |
| PRODUCE | 0 | #DIV/0! |
| DAIRY | 0 | #DIV/0! |
| GROCERIES | 0 | #DIV/0! |
| COMMISSARY PACKAGING | 0 | #DIV/0! |
| NON-ALCOHOLIC BEVERAGES | 0 | #DIV/0! |
| DONATIONS | 0 | #DIV/0! |
| FOOD REBATES | 0 | #DIV/0! |
| FOOD WASTE | 0 | #DIV/0! |
| FREIGHT | 0 | #DIV/0! |
| TOTAL FOOD COST OF SALES | 0 | #DIV/0! |
| **ALCOHOL COSTS OF GOODS** | | |
| BEER | 0 | 0.0% |
| WINE | 0 | 0.0% |
| LIQUOR | 0 | 0.0% |
| BAR CONDIMENTS | 0 | 0.0% |
| BAR REBATES | 0 | 0.0% |
| FREIGHT | 0 | 0.0% |
| TOTAL ALCOHOL COGS | 0 | 0.0% |
| **OTHER COST OF GOODS** | | |
| RETAIL COGS, FULFILLMENT | 0 | 0.0% |
| **BREWERY** | | |
| HOPS | 0 | 0.0% |
| MALT | 0 | 0.0% |
| YEAST | 0 | 0.0% |
| FILTERING & OTHER | 0 | 0.0% |
| TOTAL BREWERY COSTS | 0 | 0.0% |
| TOTAL COSTS OF GOODS | 0 | 0.0% |
| **GROSS PROFIT** | 208,275 | 100.0% |
| **PAYROLL** | | |
| MANAGEMENT | 114,221 | 54.8% |
| FOH | 0 | 0.0% |
| BOH | 0 | 0.0% |
| BREWERY | 0 | 0.0% |
| CATERING | 0 | 0.0% |
| HOURLY MANAGEMENT | 0 | 0.0% |
| CORPORATE | 0 | 0.0% |
| MANAGEMENT TRAINING | 0 | 0.0% |
| TOTAL PAYROLL | 114,221 | 54.8% |
| **PAYROLL TAX & BENEFITS** | | |
| VACATION PAY | 0 | 0.0% |
| BONUS PROVISION | 400 | 0.2% |
| PAYROLL TAXES | 8,662 | 4.2% |
| WORKERS COMPENSATION | 490 | 0.2% |
| HEALTH INSURANCE | 3,253 | 1.6% |
| PARTIES/PRIZES/RECOGNITION | 100 | 0.0% |
| EMPLOYMENT EXPENSE | 26 | 0.0% |
| EMPLOYEE TRAINING | 184 | 0.1% |
| EMPLOYEE MEALS | 0 | 0.0% |
| TOTAL TAX & BENEFITS | 13,114 | 6.3% |
| **TOTAL PAYROLL & BENEFITS** | 127,335 | 61.1% |

Unaudited: For Internal Use Only: 4/15/2019

**Comparative Statement of Operations**
For the Period 02-25-2019 to 03-31-2019

| | Pots & Pans 995 | |
|---|---:|---:|
| | $ | % |
| **SUPPLIES EXPENSES** | | |
| SUPPLIES - GENERAL | 0 | 0.0% |
| SUPPLIES - KITCHEN | (577) | 0.0% |
| SUPPLIES - TO GO | 0 | 0.0% |
| SUPPLIES - CLEANING | 56 | 0.0% |
| SUPPLIES - BREWERY | 0 | 0.0% |
| SUPPLIES - BREWERY CHEM | 0 | 0.0% |
| SUPPLIES - BAR | 0 | 0.0% |
| SUPPLIES - BANQUET | 0 | 0.0% |
| TOTAL SUPPLIES EXPENSES | (521) | -0.2% |
| **GENERAL EXPENSES** | | |
| CHINA & GLASS | 0 | 0.0% |
| FLATWARE | 0 | 0.0% |
| LAUNDRY & LINEN | 0 | 0.0% |
| MENUS | (73) | 0.0% |
| UNIFORMS | 0 | 0.0% |
| PRINTING & REPRODUCTION | 0 | 0.0% |
| FLOWERS & DECORATIONS | 0 | 0.0% |
| LANDSCAPING | 0 | 0.0% |
| OFFICE SUPPLIES | 208 | 0.1% |
| POSTAGE | 0 | 0.0% |
| COURIER & DELIVERY FEES | 0 | 0.0% |
| DATA & WEB PROCESSING | 3,437 | 1.7% |
| SECURITY | 0 | 0.0% |
| BAD DEBT | 0 | 0.0% |
| CASH OVER/SHORT | 0 | 0.0% |
| BANK FEES | 164 | 0.1% |
| CREDIT CARD DISCOUNT | 226 | 0.1% |
| CREDIT CARD REFUND | 200 | 0.1% |
| SALES TAX EXPENSE | 4 | 0.0% |
| PERMITS & LICENSES | 48 | 0.0% |
| DUES & SUBSCRIPTIONS | 378 | 0.2% |
| CONSULTING - OTHER | 10,000 | 4.8% |
| INVESTOR RELATIONS | 0 | 0.0% |
| RESEARCH | 0 | 0.0% |
| MUSIC & ENTERTAINMENT | 0 | 0.0% |
| TRAVEL, AIR, MEALS & LODGING | 5,445 | 2.6% |
| EQUIPMENT RENTAL | 1,227 | 0.6% |
| TOTAL SUPPLIES & GENERAL EXPENSES | 20,743 | 10.0% |
| **MARKETING EXPENSE** | | |
| MARKETING | 4,711 | 2.3% |
| BRAND CONTRIBUTION | 0 | 0.0% |
| DONATIONS | 0 | 0.0% |
| TOTAL MARKETING | 4,711 | 2.3% |
| **UTILITY EXPENSE** | | |
| ELECTRICITY | 276 | 0.1% |
| GAS | 654 | 0.3% |
| WATER & SEWAGE | 0 | 0.0% |
| TELEPHONE & WIFI | 5,349 | 2.6% |
| CABLE & TELEVISION | 21 | 0.0% |
| WASTE REMOVAL | 202 | 0.1% |
| TOTAL UTILITY EXPENSES | 6,502 | 3.1% |

**Comparative Statement of Operations**
For the Period 02-25-2019 to 03-31-2019

|  | Pots & Pans 995 | |
|---|---:|---:|
|  | $ | % |
| **REPAIRS & MAINTENANCE** | | |
| HVAC | 0 | 0.0% |
| JANITORIAL SERVICES | (365) | -0.2% |
| CONTRACT SERVICES | 1,229 | 0.6% |
| BUILDING R&M | 0 | 0.0% |
| KITCHEN/EQUIPMENT | 0 | 0.0% |
| DINING ROOM | 0 | 0.0% |
| ELECTRICAL | 0 | 0.0% |
| PLUMBING | 0 | 0.0% |
| HOOD CLEANING | 0 | 0.0% |
| BREWERY | 0 | 0.0% |
| POS & OFFICE EQUIPMENT | (442) | -0.2% |
| TOTAL R&M EXPENSES | 423 | 0.2% |
| **RENT & OCCUPANCY EXPENSES** | | |
| BASE RENT | 8,972 | 4.3% |
| PERCENTAGE RENT | 0 | 0.0% |
| CAM EXPENSES | 3,555 | 1.7% |
| OTHER RENTAL (PARKING) | 0 | 0.0% |
| OTHER OCCUPANCY COSTS | 0 | 0.0% |
| PROPERTY TAXES | 125 | 0.1% |
| TOTAL OCCUPANCY EXPENSES | 12,653 | 6.1% |
| **INSURANCE EXPENSE** | | |
| PROPERTY & CASUALTY | 2,381 | 1.1% |
| CLAIMS & DAMAGES PAID | 0 | 0.0% |
| TOTAL INSURANCE EXPENSES | 2,381 | 1.1% |
| **STORE OPERATING PROFIT** | 33,527 | 16.1% |
| **OTHER INCOME/ EXPENSES** | | |
| MANAGEMENT FEES | 0 | 0.0% |
| INTER-STORE EXPENSE TRANSFER | 0 | 0.0% |
| INTEREST INCOME | 0 | 0.0% |
| INTEREST EXPENSE | 0 | 0.0% |
| LEGAL | 49,963 | 24.0% |
| MISC. INCOME | (140,948) | -67.7% |
| MISC. EXPENSE | 0 | 0.0% |
| DEPRECIATION/AMORT. | 3,146 | 1.5% |
| GAIN/LOSS ON DISPOSAL | 0 | 0.0% |
| PRE-OPENING | 0 | 0.0% |
| TAXES: FEDERAL | 0 | 0.0% |
| TAXES: BREWERY | 0 | 0.0% |
| TAXES: STATE | 0 | 0.0% |
| **NET INCOME** | 121,366 | 58.3% |
| **EBITDA** | 124,511 | 59.8% |

# Vendor Aging

A Pots and Pans Production, Entity #995

Age by Doc Date　Cutoff Date 03/31/2019　Aging Date 3/31/2019

| Voucher/Pmt # | Doc Type | Document No. | Doc Date | Disc Date | Due Date | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| **AMEXPLAT** | | | | | | | | | |
| 2 Vouchers for AMEXPLAT | | | PLAT-American Express | | | | | | |
| | Vendor Total: | | $76.00 | Aged Totals: | | $0.00 | $0.00 | $38.00 | $38.00 |
| **AMEXPLUM** | | | | | | | | | |
| 2 Vouchers for AMEXPLUM | | | PLUM-American Express | | | | | | |
| | Vendor Total: | | $2,612.23 | Aged Totals: | | $0.00 | $0.00 | $1,740.62 | $871.61 |
| **ANTHEMDENTAL** | | | | | | | | | |
| 1 Voucher for ANTHEMDENTAL | | | Anthem Dental | | | | | | |
| | Vendor Total: | | $1,413.72 | Aged Totals: | | $1,413.72 | $0.00 | $0.00 | $0.00 |
| **BORSHOFF** | | | | | | | | | |
| 1 Voucher for BORSHOFF | | | Borshoff Inc. | | | | | | |
| | Vendor Total: | | $10,000.00 | Aged Totals: | | $10,000.00 | $0.00 | $0.00 | $0.00 |
| **BRIDG INC** | | | | | | | | | |
| 1 Voucher for BRIDG INC | | | Bridg, Inc. | | | | | | |
| | Vendor Total: | | $1,750.00 | Aged Totals: | | $1,750.00 | $0.00 | $0.00 | $0.00 |
| **BRINKS INC** | | | | | | | | | |
| 2 Vouchers for BRINKS INC | | | Brink's Inc. | | | | | | |
| | Vendor Total: | | $4,993.22 | Aged Totals: | | $0.00 | $2,785.39 | $0.00 | $2,207.83 |
| **CHASE** | | | | | | | | | |
| 2 Vouchers for CHASE | | | CHASE-Cardmember Service | | | | | | |
| | Vendor Total: | | $1,230.79 | Aged Totals: | | $0.00 | $0.00 | $628.82 | $601.97 |
| **CITIZENS** | | | | | | | | | |
| 4 Vouchers for CITIZENS | | | Citizens Energy Group | | | | | | |
| | Vendor Total: | | $684.72 | Aged Totals: | | $684.72 | $0.00 | $0.00 | $0.00 |
| **COMCAST 7500** | | | | | | | | | |
| 1 Voucher for COMCAST 7500 | | | Comcast | | | | | | |
| | Vendor Total: | | $234.26 | Aged Totals: | | $234.26 | $0.00 | $0.00 | $0.00 |
| **GATHER TECH** | | | | | | | | | |
| 1 Voucher for GATHER TECH | | | Gather Technologies, Inc. | | | | | | |
| | Vendor Total: | | $2,625.00 | Aged Totals: | | $0.00 | $0.00 | $2,625.00 | $0.00 |
| **HBK LLC** | | | | | | | | | |
| 1 Voucher for HBK LLC | | | Hester Baker Krebs LLC | | | | | | |
| | Vendor Total: | | ($675.00) | Aged Totals: | | $0.00 | $0.00 | $0.00 | ($675.00) |
| **HYLANT** | | | | | | | | | |
| 4 Vouchers for HYLANT | | | Hylant of Indianapolis LLC | | | | | | |
| | Vendor Total: | | $26,527.30 | Aged Totals: | | $26,527.30 | $0.00 | $0.00 | $0.00 |
| **IPL** | | | | | | | | | |
| 1 Voucher for IPL | | | IPL / Indianapolis Power & Light Company | | | | | | |
| | Vendor Total: | | $473.90 | Aged Totals: | | $473.90 | $0.00 | $0.00 | $0.00 |
| **KATZ SAPPER** | | | | | | | | | |
| 1 Voucher for KATZ SAPPER | | | Katz, Sapper & Miller, LLP | | | | | | |
| | Vendor Total: | | $895.63 | Aged Totals: | | $0.00 | $0.00 | $895.63 | $0.00 |
| **MICROSOFT** | | | | | | | | | |
| 1 Voucher for MICROSOFT | | | Microsoft Corporation | | | | | | |
| | Vendor Total: | | $110.37 | Aged Totals: | | $110.37 | $0.00 | $0.00 | $0.00 |
| **MILLINER** | | | | | | | | | |
| 1 Voucher for MILLINER | | | Milliner & Associates LLC | | | | | | |
| | Vendor Total: | | $1,229.25 | Aged Totals: | | $1,229.25 | $0.00 | $0.00 | $0.00 |

# Vendor Aging
### A Pots and Pans Production, Entity #995
Age by Doc Date   Cutoff Date 03/31/2019   Aging Date 3/31/2019

| Voucher/Pmt # | Doc Type | Document No. | Doc Date | Disc Date | Due Date | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| **NCR CORP** | | | | | | | | | |
| 1 Voucher for NCR CORP | | | NCR Corporation | | | | | | |
| Vendor Total: | | | $57.30 | Aged Totals: | | $57.30 | $0.00 | $0.00 | $0.00 |
| **PITNEY GFSI** | | | | | | | | | |
| 1 Voucher for PITNEY GFSI | | | Pitney Bowes Global Financial Services | | | | | | |
| Vendor Total: | | | $134.82 | Aged Totals: | | $134.82 | $0.00 | $0.00 | $0.00 |
| **READY REFRES** | | | | | | | | | |
| 1 Voucher for READY REFRES | | | Ready Refresh by Nestle | | | | | | |
| Vendor Total: | | | $56.00 | Aged Totals: | | $56.00 | $0.00 | $0.00 | $0.00 |
| **REPUBLIC SER** | | | | | | | | | |
| 1 Voucher for REPUBLIC SER | | | Republic Services of Indiana, LP #761 | | | | | | |
| Vendor Total: | | | $203.85 | Aged Totals: | | $203.85 | $0.00 | $0.00 | $0.00 |
| **RETAIL CENTR** | | | | | | | | | |
| 1 Voucher for RETAIL CENTR | | | Retail Center at Precedent Park, LP | | | | | | |
| Vendor Total: | | | $12,362.74 | Aged Totals: | | $12,362.74 | $0.00 | $0.00 | $0.00 |
| **RIGHT ON INT** | | | | | | | | | |
| 5 Vouchers for RIGHT ON INT | | | Right On Interactive LLC | | | | | | |
| Vendor Total: | | | $9,836.86 | Aged Totals: | | $3,863.97 | $3,863.82 | $2,109.07 | $0.00 |
| **SMARTSHEET** | | | | | | | | | |
| 1 Voucher for SMARTSHEET | | | Smartsheet Inc | | | | | | |
| Vendor Total: | | | $900.00 | Aged Totals: | | $900.00 | $0.00 | $0.00 | $0.00 |
| **STAPLES** | | | | | | | | | |
| 3 Vouchers for STAPLES | | | Staples Business Advantage | | | | | | |
| Vendor Total: | | | $605.33 | Aged Totals: | | $605.33 | $0.00 | $0.00 | $0.00 |
| **SUN LIFE FIN** | | | | | | | | | |
| 1 Voucher for SUN LIFE FIN | | | Sun Life Financial | | | | | | |
| Vendor Total: | | | $470.93 | Aged Totals: | | $470.93 | $0.00 | $0.00 | $0.00 |
| **TABLEUP** | | | | | | | | | |
| 2 Vouchers for TABLEUP | | | TableUp LLC | | | | | | |
| Vendor Total: | | | $3,318.00 | Aged Totals: | | $1,106.00 | $2,212.00 | $0.00 | $0.00 |
| **TALENTREEF** | | | | | | | | | |
| 1 Voucher for TALENTREEF | | | TalentReef, Inc. | | | | | | |
| Vendor Total: | | | $6,180.00 | Aged Totals: | | $0.00 | $0.00 | $6,180.00 | $0.00 |
| **TELADOC INC** | | | | | | | | | |
| 1 Voucher for TELADOC INC | | | Teladoc Inc | | | | | | |
| Vendor Total: | | | $225.00 | Aged Totals: | | $225.00 | $0.00 | $0.00 | $0.00 |
| **US FOODS** | | | | | | | | | |
| 1 Voucher for US FOODS | | | US Foods, Inc. (IN) | | | | | | |
| Vendor Total: | | | $60.24 | Aged Totals: | | $60.24 | $0.00 | $0.00 | $0.00 |
| **VERIZONWIRE** | | | | | | | | | |
| 1 Voucher for VERIZONWIRE | | | Verizon Wireless | | | | | | |
| Vendor Total: | | | $1,162.41 | Aged Totals: | | $1,162.41 | $0.00 | $0.00 | $0.00 |
| **VIRTUSA CORP** | | | | | | | | | |
| 1 Voucher for VIRTUSA CORP | | | Virtusa Corporation | | | | | | |
| Vendor Total: | | | $4,483.80 | Aged Totals: | | $4,483.80 | $0.00 | $0.00 | $0.00 |
| **WELLS FARGO** | | | | | | | | | |
| 2 Vouchers for WELLS FARGO | | | Wells Fargo Financial Leasing, Inc. | | | | | | |

A Pots and Pans Production, Entity #995

Age by Doc Date   Cutoff Date 03/31/2019   Aging Date 3/31/2019

| Voucher/Pmt # | Doc Type | Document No. | Doc Date | Disc Date | Due Date | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| | Vendor Total: | | $2,292.29 | Aged Totals: | | $2,292.29 | $0.00 | $0.00 | $0.00 |
| WISETAIL | | | | | | | | | |
| 2 Vouchers for WISETAIL | | | | Wisetail, Bigart-Ecosystems LLC | | | | | |
| | Vendor Total: | | $2,000.00 | Aged Totals: | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Report Totals  33 Vendors | | | | | | | | | |
| | Report Total: | | $98,530.96 | Aged Totals: | | $71,408.20 | $9,861.21 | $14,217.14 | $3,044.41 |

\* = Denotes an invoice that is marked as On Hold

Case 18-09243-JJG-11   Doc 321   Filed 04/29/19   EOD 04/29/19 16:09:53   Pg 10 of 18



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

February 23, 2019 through March 29, 2019

Account Number: 000000**** 9629

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00053635 DRE 053 212 09019 NNNNNNNNNNN  2 000000000 74 0000
A POTS & PANS PRODUCTION, LLC
3855 E 96TH ST
INDIANAPOLIS IN 46240-2070



## We updated our disclosures

On March 17, 2019, we published an updated version of our Deposit Account Agreement and the document explaining our Additional Banking Services and Fees. You can get the latest agreements at a branch or by request when you call us. Here's what you should know:

- We're using a payment network that supports real-time payments. When you send or receive a real-time payment, you confirm that you're not acting on the behalf of someone who is not a U.S. citizen or resident. (General Account Terms, Section I, Rules governing your account)

- We've reduced the Chase wire fee to send an international wire in a foreign currency to $5 per transfer when you use chase.com or the Chase Mobile® app. As a reminder, there is no Chase wire fee when your transfer is equal to $5,000 U.S. dollars or more.

Please call us at the number on this statement if you have any questions.

## CHECKING SUMMARY     Chase Analysis Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $34,661.18 |
| Deposits and Additions | 34 | 333,130.87 |
| Checks Paid | 52 | -109,191.96 |
| ATM & Debit Card Withdrawals | 49 | -6,332.43 |
| Electronic Withdrawals | 18 | -212,263.65 |
| Ending Balance | 153 | $39,984.01 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/25 | Worldpay    Bnkcrd Dep Lk255713 000603 CCD ID: 9581916017 | $25.00 |
| 02/26 | Remote Online Deposit    11 | 27,729.06 |
| 02/27 | Client Rewards  Spt ACH  C11126-00    CCD ID: G421280573 | 953.41 |
| 02/27 | Worldpay    Bnkcrd Dep Lk255713 000604 CCD ID: 9803595965 | 75.00 |
| 02/28 | Online Transfer From Chk ...7886 Transaction#: 7984416077 | 35,000.00 |
| 03/04 | Remote Online Deposit    11 | 20,215.39 |
| 03/04 | JPMorgan Access Transfer From Account000000****7886 | 25,000.00 |
| 03/04 | Worldpay    Bnkcrd Dep Lk255713 000606 CCD ID: 9803595965 | 10.00 |
| 03/05 | Worldpay    Bnkcrd Dep Lk255713 000607 CCD ID: 9803595965 | 25.00 |

Page 1 of 8



February 23, 2019 through March 29, 2019
Account Number: 000000██████9629

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/06 | JPMorgan Access Transfer From Account000000██████7886 | 15,000.00 |
| 03/07 | Card Purchase Return   03/06 Pbi*Leasedequipment 800-732-7222 NY Card 7809 | 134.82 |
| 03/11 | JPMorgan Access Transfer From Account000000██████7886 | 17,000.00 |
| 03/11 | Infinisource   PC Feb19  595021         CCD ID: 1382976613 | 1,142.32 |
| 03/13 | Remote Online Deposit     11 | 7,756.19 |
| 03/13 | Remote Online Deposit     11 | 130.50 |
| 03/13 | Worldpay      Bnkcrd Dep Lk255713 000608 CCD ID: 9803595965 | 50.00 |
| 03/14 | Worldpay      Bnkcrd Dep Lk255713 000609 CCD ID: 9803595965 | 50.00 |
| 03/15 | JPMorgan Access Transfer From Account000000██████9395 | 14,000.00 |
| 03/15 | JPMorgan Access Transfer From Account000000██████3179 | 12,000.00 |
| 03/15 | JPMorgan Access Transfer From Account000000██████5019 | 4,000.00 |
| 03/15 | JPMorgan Access Transfer From Account000000██████1510 | 3,500.00 |
| 03/18 | Worldpay      Bnkcrd Dep Lk255713 000610 CCD ID: 9581916017 | 110.00 |
| 03/19 | Online Transfer From Chk ...7927 Transaction#: 8045768798 | 40,000.00 |
| 03/20 | Remote Online Deposit     11 | 10,936.43 |
| 03/21 | JPMorgan Access Transfer From Account000000██████7886 | 15,000.00 |
| 03/21 | Client Rewards  Spt ACH   C11126-00      CCD ID: G421280573 | 1,195.60 |
| 03/21 | Worldpay      Bnkcrd Dep Lk255713 000611 CCD ID: 9803595965 | 25.00 |
| 03/25 | Remote Online Deposit     11 | 36,590.15 |
| 03/25 | Worldpay      Bnkcrd Dep Lk255713 000612 CCD ID: 9803595965 | 25.00 |
| 03/29 | JPMorgan Access Transfer From Account000000██████1510 | 13,500.00 |
| 03/29 | JPMorgan Access Transfer From Account000000██████9395 | 11,900.00 |
| 03/29 | JPMorgan Access Transfer From Account000000██████6509 | 10,500.00 |
| 03/29 | JPMorgan Access Transfer From Account000000██████5281 | 7,500.00 |
| 03/29 | Worldpay      Bnkcrd Dep Lk255713 000613 CCD ID: 9803595965 | 50.00 |
| **Total Deposits and Additions** | | **$333,130.87** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2770 ^ | | 02/26 | $50.00 |
| 2772 * ^ | | 02/27 | 27,137.52 |
| 2773 ^ | | 03/01 | 1,000.00 |
| 2778 * ^ | | 02/26 | 367.00 |
| 2781 * ^ | | 03/20 | 290.00 |
| 2782 ^ | | 03/15 | 25.00 |
| 2783 ^ | | 02/25 | 126.00 |
| 2791 * ^ | 03/02 | 03/04 | 259.00 |
| 2792 ^ | | 03/18 | 128.00 |
| 2793 ^ | | 02/25 | 3,250.00 |
| 2795 * ^ | | 02/26 | 105.00 |
| 2798 * ^ | | 02/25 | 229.00 |
| 2801 * ^ | | 03/07 | 840.00 |
| 2803 * ^ | | 03/04 | 225.00 |
| 2808 * ^ | | 02/25 | 625.00 |
| 2810 * ^ | | 03/18 | 125.00 |
| 2812 * ^ | | 02/26 | 161.00 |
| 2814 * ^ | | 02/28 | 122.00 |
| 2823 * ^ | | 02/25 | 342.00 |
| 2825 * ^ | | 03/01 | 375.00 |



February 23, 2019 through March 29, 2019
Account Number: 000000█████9629

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2826 ^ | | 03/01 | 300.30 |
| 2827 ^ | | 03/01 | 300.00 |
| 2828 ^ | | 02/28 | 427.60 |
| 2829 ^ | | 02/28 | 561.60 |
| 2830 ^ | | 02/27 | 812.25 |
| 2831 ^ | | 03/01 | 109.14 |
| 2832 ^ | | 03/06 | 177.57 |
| 2833 ^ | | 03/04 | 327.66 |
| 2834 ^ | | 03/07 | 15,577.80 |
| 2835 ^ | | 03/13 | 600.00 |
| 2836 ^ | | 03/07 | 388.74 |
| 2837 ^ | | 03/18 | 19,688.00 |
| 2838 ^ | | 03/18 | 12,362.74 |
| 2839 ^ | | 03/25 | 2,759.79 |
| 2840 ^ | | 03/29 | 4,375.00 |
| 2841 ^ | | 03/25 | 2,811.10 |
| 2842 ^ | | 03/22 | 725.63 |
| 2843 ^ | | 03/25 | 234.26 |
| 2845 * ^ | | 03/28 | 245.00 |
| 2846 ^ | | 03/25 | 334.88 |
| 2847 ^ | | 03/27 | 76.00 |
| 2848 ^ | | 03/22 | 29.85 |
| 2849 ^ | | 03/25 | 98.53 |
| 2850 ^ | | 03/27 | 239.61 |
| 2852 * ^ | | 03/26 | 310.00 |
| 2853 ^ | | 03/27 | 2,051.11 |
| 2854 ^ | | 03/25 | 4,941.00 |
| 2855 ^ | | 03/25 | 2,183.64 |
| 2856 ^ | | 03/22 | 53.90 |
| 2857 ^ | | 03/22 | 216.89 |
| 2858 ^ | | 03/22 | 74.20 |
| 2864 * ^ | | 03/28 | 16.65 |

**Total Checks Paid** $109,191.96

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/25 | Recurring Card Purchase 02/24 Adobe *Captivate Subs 800-833-6687 CA Card 7809 | $32.09 |
| 02/25 | Recurring Card Purchase 02/22 Webflow.Com Httpswebflow. CA Card 7809 | 24.00 |
| 02/27 | Card Purchase      02/27 Amzn Mktp US*MI75898 Amzn.Com/Bill WA Card 7809 | 555.50 |
| 02/27 | Recurring Card Purchase 02/26 Adobe *Creative Cloud 800-443-8158 CA Card 7809 | 508.17 |
| 02/27 | Recurring Card Purchase 02/27 Fedex 470651939 800-4633339 TN Card 7809 | 22.43 |
| 02/27 | Recurring Card Purchase 02/26 Fedex 470550903 800-4633339 TN Card 7809 | 19.96 |
| 02/27 | Recurring Card Purchase 02/26 Eig*Hostgator.Com 713-5745287 MA Card 7809 | 16.95 |
| 03/01 | Recurring Card Purchase 02/28 Ringcentral, Inc 650-4724100 CA Card 7809 | 37.14 |

Case 18-09243-JJG-11    Doc 321    Filed 04/29/19    EOD 04/29/19 16:09:53    Pg 14 of 18


# CHASE

February 23, 2019 through March 29, 2019

Account Number: 000000████9629

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/04 | Recurring Card Purchase 03/02 Fedex 470915385 800-4633339 TN Card 7809 | 47.08 |
| 03/06 | Card Purchase 03/05 Ntlrest Servsafe Restaurant.OR IL Card 7809 | 77.04 |
| 03/07 | Card Purchase 03/06 Staples Direct 800-3333330 MA Card 7809 | 53.48 |
| 03/07 | Recurring Card Purchase 03/06 Later.Com Premium Vancouver BC Card 7809 | 190.00 |
| 03/07 | Recurring Card Purchase 03/06 Msft * E03007N7Ns 800-642-7676 WA Card 7809 | 120.98 |
| 03/07 | Recurring Card Purchase 03/07 Msft * E03007Ndy6 800-642-7676 WA Card 7809 | 29.00 |
| 03/08 | Card Purchase 03/07 Deem LLC 317-860-2990 IN Card 7809 | 1,788.34 |
| 03/11 | Recurring Card Purchase 03/08 Eig*Hostgator.Com 713-5745287 MA Card 7809 | 16.95 |
| 03/11 | Recurring Card Purchase 03/10 Adobe *Acropro Subs 800-833-6687 CA Card 7809 | 16.04 |
| 03/12 | Card Purchase 03/11 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 45.78 |
| 03/12 | Recurring Card Purchase 03/11 Dropbox*11Prw4Btck74 Dropbox.Com CA Card 7809 | 19.99 |
| 03/13 | Card Purchase 03/12 Pbi*Leasedequipment 800-732-7222 NY Card 7809 | 163.71 |
| 03/14 | Recurring Card Purchase 03/13 Www.Storepoint.CO App Toronto On Card 7809 | 25.00 |
| 03/15 | Card Purchase 03/14 Indeed 203-564-2400 CT Card 7809 | 25.82 |
| 03/15 | Card Purchase 03/14 Nelbud Services Group 317-3258968 IN Card 7809 | 535.00 |
| 03/15 | Recurring Card Purchase 03/14 Fedex 92442568 800-4633339 TN Card 7809 | 140.41 |
| 03/18 | Card Purchase 03/15 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 29.14 |
| 03/18 | Card Purchase 03/15 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 29.14 |
| 03/18 | Card Purchase 03/15 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 36.83 |
| 03/18 | Card Purchase 03/15 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 37.54 |
| 03/18 | Card Purchase 03/15 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 37.62 |
| 03/18 | Card Purchase 03/15 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 37.80 |
| 03/18 | Card Purchase 03/15 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 37.80 |
| 03/18 | Card Purchase 03/15 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 37.80 |
| 03/18 | Card Purchase 03/15 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 37.80 |
| 03/18 | Card Purchase 03/15 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 37.80 |
| 03/18 | Card Purchase 03/15 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 37.80 |
| 03/18 | Card Purchase 03/15 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 37.80 |
| 03/18 | Card Purchase 03/15 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 77.39 |
| 03/18 | Recurring Card Purchase 03/17 S2F*Send2Fax Svcs 800-838-3212 CA Card 7809 | 11.95 |
| 03/19 | Card Purchase 03/18 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 63.61 |
| 03/20 | Card Purchase 03/19 Fast Signs - Indy 317-8455051 IN Card 7809 | 119.63 |
| 03/21 | Card Purchase 03/21 Amazon.Com*Mw3H92Z12 Amzn.Com/Bill WA Card 7809 | 106.76 |
| 03/25 | Card Purchase 03/23 Fedex 774756099134 800-4633339 TN Card 7809 | 26.00 |
| 03/25 | Card Purchase 03/22 Snap   Geofilters 310-399-3339 CA Card 7809 | 17.21 |
| 03/25 | Card Purchase 03/25 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 34.53 |
| 03/25 | Card Purchase 03/25 Vistapr*Vistaprint.Com 866-8936743 MA Card 7809 | 40.31 |
| 03/25 | Recurring Card Purchase 03/22 Webflow.Com Httpswebflow. CA Card 7809 | 24.00 |
| 03/26 | Recurring Card Purchase 03/26 Adobe *Creative Cloud 800-443-8158 CA Card 7809 | 508.17 |
| 03/28 | Card Purchase With Pin  03/28 The UPS Store #5811 10 Indianaplos IN Card 7809 | 320.00 |
| 03/29 | Recurring Card Purchase 03/28 Ringcentral, Inc 650-4724100 CA Card 7809 | 37.14 |

**Total ATM & Debit Card Withdrawals** **$6,332.43**

## ATM & DEBIT CARD SUMMARY

Christopher Earl Martin  Card 7809

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $6,332.43 |
| Total Card Deposits & Credits | $134.82 |



February 23, 2019 through March 29, 2019

Account Number: 000000████9629

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $6,332.43 |
| Total Card Deposits & Credits | $134.82 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/26 | Worldpay    Espchrgbk  Lk2557131900Gbp CCD ID: 9803595965 | $100.00 |
| 02/28 | 02/28 JPMorgan Access Transfer To Account000000████7886 | 55,396.39 |
| 03/01 | Anthem Dental   Debit   Ain8397681    CCD ID: 3020574609 | 825.21 |
| 03/01 | Worldpay    Espchrgbk  Lk2557131900Hr2 CCD ID: 9803595965 | 100.00 |
| 03/04 | Anthem       Payment   Fx23948591    CCD ID: 1350781558 | 37,561.54 |
| 03/04 | Hotschedules.Com Payment   5762       CCD ID: 1742960132 | 1,257.60 |
| 03/04 | Authnet Gateway  Billing   105600003   CCD ID: 1870568569 | 34.27 |
| 03/05 | Worldpay    Mthly Chgs Lk255713 030219 CCD ID: 9803595965 | 191.80 |
| 03/06 | Microsoft 6041    EDI Paymnt Z30R8Jbc2Bxl   PPD ID: 1452684001 | 546.86 |
| 03/06 | Microsoft 6041    EDI Paymnt Z30S8Jaq491S   PPD ID: 1452684001 | 334.76 |
| 03/06 | Microsoft 6041    EDI Paymnt Z30S8Jaq44Xy   PPD ID: 1452684001 | 48.15 |
| 03/06 | Microsoft 6041    EDI Paymnt Z30P8Ja82O6X   PPD ID: 1452684001 | 32.10 |
| 03/13 | Go Daddy      Web Order 1821595797    CCD ID: 1210002031 | 74.99 |
| 03/15 | 03/15 JPMorgan Access Transfer To Account000000████7886 | 50,199.98 |
| 03/15 | NCR Hsr Div    8002255627       CCD ID: 2141901461 | 1,077.22 |
| 03/19 | Axia Technology  Invoice       CCD ID: 1262280300 | 10,028.06 |
| 03/29 | 03/29 JPMorgan Access Transfer To Account000000████9365 | 3,000.00 |
| 03/29 | 03/29 JPMorgan Access Transfer To Account000000████7886 | 51,474.72 |
| **Total Electronic Withdrawals** | | **$212,283.65** |



Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 02/25 | $30,058.09 | 03/08 | 4,681.84 | 03/20 | 19,064.14 |
| 02/26 | 57,004.15 | 03/11 | 22,791.17 | 03/21 | 35,177.98 |
| 02/27 | 28,959.78 | 03/12 | 22,725.40 | 03/22 | 34,077.51 |
| 02/28 | 7,452.19 | 03/13 | 29,823.39 | 03/25 | 59,187.41 |
| 03/01 | 4,405.40 | 03/14 | 29,848.39 | 03/26 | 56,369.24 |
| 03/04 | 9,918.64 | 03/15 | 11,344.96 | 03/27 | 56,002.52 |
| 03/05 | 9,751.84 | 03/18 | -21,372.99 | 03/28 | 55,420.87 |
| 03/06 | 23,535.36 | 03/19 | 8,535.34 | 03/29 | 39,984.01 |
| 03/07 | 6,470.18 | | | | |



February 23, 2019 through March 29, 2019

Account Number: 000000*****9629

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



February 23, 2019 through March 29, 2019

Account Number: 000000███████9629

## STOP PAYMENT RENEWAL NOTICE

ACCOUNT NUMBER  
000000███████9629

BANK NUMBER  
053

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | 0000005-01 | 06/20/18 | 06/20/19 | 2418 | $500.00 |



A Pots & Pans Production, LLC  
3855 E 96th St  
Indianapolis IN 46240-2070

JPMorgan Chase Bank, N.A.  
P O Box 182051  
Columbus OH 43218-2051



February 23, 2019 through March 29, 2019
Account Number: 000000█████9629

This Page Intentionally Left Blank

Page 8 of 8