## U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| **Case Name:** | Scotty's Indianapolis | **Date Filed:** | 12/11/2018 |
| **Case Number:** | 18-09251-JJG-11 | **SIC Code:** | |

Month (or portion) covered by this report: 2/25/2019 to 3/31/2019

**IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.**

*Allen Arroyo*                                    4/15/19
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY           DATE REPORT SIGNED

Allen Arroyo
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

**QUESTIONNAIRE:**

| | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☑ | ☐ |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |

## U.S. Trustee Basic Monthly Operating Report

| | | | |
|---|---|---|---|
| **Case Name:** | Scotty's Indianapolis | **Date Filed:** | 12/11/2018 |
| **Case Number:** | 18-09251-JJG-11 | **SIC Code:** | |

Month (or portion) covered by this report: 2/25/2019 to 3/31/2019

| | YES | NO |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☑ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ☑ | ☐ |

**TAXES**

| | | |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST PETITION TAX OBLIGATIONS? | ☐ | ☑ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

**INCOME**

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME**     208,412

*(Exhibit B)*

**EXPENSES**

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES**     215,396

*(Exhibit C)*

**CASH PROFIT**

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)

(Subtract The Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH** $ (6,984)   -

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Scotty's Indianapolis

**Date Filed:** 12/11/2018

**Case Number:** 18-09251-JJG-11

**SIC Code:**

**Month (or portion) covered by this report:** 2/25/2019 to 3/31/2019

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES** 71,532

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES** 5,856

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 63

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 55

### PROFESSIONAL FEES

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD?

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE?

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD?

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE?

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD?

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE?

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** _____  **Date Filed:** _____

**Case Number:** _____  **SIC Code:** _____

Month (or portion) covered by this report: _____

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | |
|---|---:|
| PROJECTED INCOME FOR THE MONTH: | |
| ACTUAL INCOME FOR THE MONTH (EXHIBIT B): | 0.00 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: | 0.00 |
| PROJECTED EXPENSES FOR THE MONTH: | |
| TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): | 0.00 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: | 0.00 |
| PROJECTED CASH PROFIT FOR THE MONTH: | 0.00 |
| ACTUAL CASH PROFIT FOR THE MONTH (TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C) | 0.00 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: | 0.00 |

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

**Scotty's - Northside (Store 13)**
**Statement of Operations**
For the Current Period 02-25-2019 to 03-31-2019

Unaudited: For Internal Use: Dated 4/15/2019

| | CURRENT PERIOD | |
|---|---|---|
| | Actual | % |
| **FOOD REVENUE** | | |
| FOOD | 163,331 | 78.4% |
| NA BEVERAGE | 8,386 | 4.0% |
| GROSS FOOD REVENUE | 171,717 | 82.4% |
| **BAR REVENUES** | | |
| BEER | 31,933 | 15.3% |
| WINE | 3,031 | 1.5% |
| LIQUOR | 11,675 | 5.6% |
| GROSS BAR REVENUE | 46,638 | 22.4% |
| **OTHER REVENUES** | | |
| BANQUET/ROOM RENTAL | 2 | 0.0% |
| DELIVERY CHARGE | 0 | 0.0% |
| RETAIL | 49 | 0.0% |
| GROSS OTHER REVENUE | 51 | 0.0% |
| TOTAL GROSS REVENUE | 218,406 | 104.8% |
| LESS: PROMOS | (3,462) | -1.7% |
| LESS: COMPS | (6,533) | -3.1% |
| **TOTAL NET REVENUE** | **208,412** | **100.0%** |
| **FOOD COSTS OF GOODS** | | |
| BEEF | 5,525 | 3.2% |
| SEAFOOD | 2,025 | 1.2% |
| POULTRY | 11,240 | 6.5% |
| OTHER MEAT | 2,928 | 1.7% |
| PRODUCE | 4,521 | 2.6% |
| DAIRY | 3,133 | 1.8% |
| GROCERIES | 20,545 | 12.0% |
| NON-ALCOHOLIC BEVERAGES | 2,215 | 1.3% |
| DONATIONS | 0 | 0.0% |
| FOOD REBATES | (1,300) | -0.8% |
| FOOD WASTE | 0 | 0.0% |
| FREIGHT | 104 | 0.1% |
| TOTAL FOOD COST OF SALES | 50,935 | 29.7% |
| **ALCOHOL COSTS OF GOODS** | | |
| BEER | 9,357 | 29.3% |
| WINE | 738 | 24.4% |
| LIQUOR | 2,296 | 19.7% |
| BAR CONDIMENTS | 1,178 | 10.1% |
| BAR REBATES | 0 | 0.0% |
| FREIGHT | 0 | 0.0% |

**Scotty's - Northside (Store 13)**
**Statement of Operations**
**For the Current Period 02-25-2019 to 03-31-2019**

Unaudited: For Internal Use: Dated 4/15/2019

| | CURRENT PERIOD | |
| --- | --- | --- |
| | Actual | % |
| TOTAL ALCOHOL COGS | 13,570 | 29.1% |

Scotty's - Northside (Store 13)
Statement of Operations
For the Current Period 02-25-2019 to 03-31-2019

Unaudited: For Internal Use: Dated 4/15/2019

|  | CURRENT PERIOD | |
|---|---|---|
|  | Actual | % |
| **OTHER COST OF GOODS** | | |
| RETAIL | 0 | 0.0% |
| **TOTAL COSTS OF GOODS** | 64,505 | 31.0% |
| **GROSS PROFIT** | 143,907 | 69.0% |
| **PAYROLL** | | |
| FOH HOURLY | 17,051 | 8.2% |
| BOH HOURLY | 29,646 | 14.2% |
| HOURLY MANAGEMENT | 1,716 | 0.8% |
| TOTAL HOURLY PAYROLL | 48,414 | 23.2% |
| SALARIED MANAGEMENT | 21,000 | 10.1% |
| MANAGER IN TRAINING | 0 | 0.0% |
| TOTAL PAYROLL | 69,414 | 33.3% |
| **PAYROLL TAX & BENEFITS** | | |
| VACATION PAY | 0 | 0.0% |
| BONUS PROVISION | 5 | 0.0% |
| PAYROLL TAXES | 8,688 | 4.2% |
| WORKERS COMPENSATION | 490 | 0.2% |
| HEALTH INSURANCE | 2,087 | 1.0% |
| PARTIES/PRIZES/RECOGNITION | 49 | 0.0% |
| EMPLOYMENT EXPENSE | 0 | 0.0% |
| EMPLOYEE TRAINING | 0 | 0.0% |
| EMPLOYEE MEALS | 0 | 0.0% |
| TOTAL TAX & BENEFITS | 11,319 | 5.4% |
| **TOTAL PAYROLL & BENEFITS** | 80,732 | 38.7% |
| **SUPPLIES EXPENSE** | | |
| SUPPLIES - GENERAL | 2,075 | 1.0% |
| SUPPLIES - KITCHEN | 1,844 | 0.9% |
| SUPPLIES - TO GO | 2,486 | 1.2% |
| SUPPLIES - CLEANING | 1,025 | 0.5% |
| SUPPLIES - BAR | 81 | 0.0% |
| SUPPLIES - BANQUET | 496 | 0.2% |
| SUPPLIES - CHINA & GLASS | 365 | 0.2% |
| SUPPLIES - FLATWARE | 169 | 0.1% |
| SUPPLIES - LAUNDRY & LINEN | 394 | 0.2% |
| TOTAL SUPPLIES EXPENSES | 8,934 | 4.3% |

**Scotty's - Northside (Store 13)**
**Statement of Operations**
For the Current Period 02-25-2019 to 03-31-2019

Unaudited: For internal Use: Dated 4/15/2019

|  | CURRENT PERIOD | |
|---|---:|---:|
|  | Actual | % |
| **GENERAL EXPENSE** | | |
| MENUS | 73 | 0.0% |
| UNIFORMS | 0 | 0.0% |
| PRINTING & REPRODUCTION | 0 | 0.0% |
| FLOWERS & DECORATIONS | 0 | 0.0% |
| LANDSCAPING | 0 | 0.0% |
| OFFICE & STATIONERY | 189 | 0.1% |
| POSTAGE | 0 | 0.0% |
| COURIER & DELIVERY FEES | 6,204 | 3.0% |
| DATA & WEB PROCESSING | 1,065 | 0.5% |
| SECURITY | 252 | 0.1% |
| BAD DEBT | 0 | 0.0% |
| CASH OVER/SHORT | 1 | 0.0% |
| BANK FEES | 353 | 0.2% |
| CREDIT CARD DISCOUNT | 3,250 | 1.6% |
| CREDIT CARD REFUND | (5) | 0.0% |
| SALES TAX EXPENSE | 234 | 0.1% |
| PERMITS & LICENSES | 156 | 0.1% |
| DUES & SUBSCRIPTIONS | (150) | -0.1% |
| CONSULTING - OTHER | 0 | 0.0% |
| INVESTOR RELATIONS | 0 | 0.0% |
| RESEARCH | 0 | 0.0% |
| MUSIC & ENTERTAINMENT | 105 | 0.1% |
| TRAVEL, AIR, MEALS & LODGING | 78 | 0.0% |
| EQUIPMENT RENTAL | 1,871 | 0.9% |
| TOTAL SUPPLIES & GENERAL EXP | 22,609 | 10.8% |
| **MARKETING EXPENSE** | | |
| MARKETING | 761 | 0.4% |
| DONATIONS | 16 | 0.0% |
| TOTAL MARKETING | 778 | 0.4% |
| **UTILITY EXPENSE** | | |
| ELECTRICITY | 3,540 | 1.7% |
| GAS | 1,695 | 0.8% |
| WATER & SEWAGE | 815 | 0.4% |
| TELEPHONE & WIFI | 998 | 0.5% |
| CABLE & TELEVISION | 696 | 0.3% |
| WASTE REMOVAL | 438 | 0.2% |
| TOTAL UTILITY EXPENSES | 8,182 | 3.9% |

Scotty's - Northside (Store 13)
Statement of Operations
For the Current Period 02-25-2019 to 03-31-2019

Unaudited: For Internal Use: Dated 4/15/2019

| | CURRENT PERIOD | |
|---|---|---|
| | Actual | % |
| **REPAIRS & MAINTENANCE** | | |
| HVAC | 0 | 0.0% |
| JANITORIAL SERVICES | 0 | 0.0% |
| CONTRACT SERVICES | 460 | 0.2% |
| BUILDING R&M | 0 | 0.0% |
| KITCHEN/EQUIPMENT | 104 | 0.0% |
| DINING ROOM | 0 | 0.0% |
| ELECTRICAL | 0 | 0.0% |
| PLUMBING | 913 | 0.4% |
| HOOD CLEANING | 0 | 0.0% |
| POS & OFFICE EQUIPMENT | 2,475 | 1.2% |
| TOTAL R&M EXPENSES | 3,952 | 1.9% |
| **RENT & OCCUPANCY EXPENSES** | | |
| BASE RENT | 27,391 | 13.1% |
| PERCENTAGE RENT | 0 | 0.0% |
| CAM EXPENSES | 3,183 | 1.5% |
| OTHER RENTAL (PARKING) | 0 | 0.0% |
| OTHER OCCUPANCY COSTS | 0 | 0.0% |
| PROPERTY TAXES | 2,432 | 1.2% |
| TOTAL OCCUPANCY EXPENSES | 33,006 | 15.8% |
| **INSURANCE EXPENSE** | | |
| PROPERTY & CASUALTY | 1,632 | 0.8% |
| CLAIMS & DAMAGES PAID | 0 | 0.0% |
| TOTAL INSURANCE EXPENSES | 1,632 | 0.8% |
| **STORE OPERATING PROFIT** | (6,984) | -3.4% |
| **OTHER EXPENSES** | | |
| MANAGEMENT FEES | 16,673 | 8.0% |
| INTEREST INCOME | 0 | 0.0% |
| INTEREST EXPENSE | 225 | 0.1% |
| LEGAL | 475 | 0.2% |
| MISC. INCOME | (79) | 0.0% |
| MISC. EXPENSE | 0 | 0.0% |
| DEPRECIATION/AMORT. | 12,762 | 6.1% |
| PRE-OPENING | 0 | 0.0% |
| TAXES: FEDERAL | 0 | 0.0% |
| TAXES: STATE | 0 | 0.0% |
| **NET INCOME** | (37,039) | -17.8% |
| **EBITDA** | (24,053) | -11.5% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/15/2019 2:56 PM | | | **Vendor Aging** | | | | | Page 1 of 2 |
| | | | Northside, Entity #13 | | | | | |
| | | Age by Doc Date   Cutoff Date 03/31/2019   Aging Date 3/31/2019 | | | | | | |

| Voucher/Pmt # | Doc Type | Document No. | Doc Date | Disc Date | Due Date | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| **AMBIANCE** | | | | | | | | | |
| 1 Voucher for AMBIANCE | | | Ambiance Radio, LLC | | | | | | |
| | Vendor Total: | | $39.99 | Aged Totals: | | $39.99 | $0.00 | $0.00 | $0.00 |
| **BAGAT BROTH** | | | | | | | | | |
| 5 Vouchers for BAGAT BROTH | | | Bagat Brothers Inc dba Midwest Cutlery | | | | | | |
| | Vendor Total: | | $130.00 | Aged Totals: | | $78.00 | $52.00 | $0.00 | $0.00 |
| **BMI** | | | | | | | | | |
| 1 Voucher for BMI | | | BMI - Broadcast Music, Inc. | | | | | | |
| | Vendor Total: | | ($57.80) | Aged Totals: | | ($57.80) | $0.00 | $0.00 | $0.00 |
| **BRINKS INC** | | | | | | | | | |
| 3 Vouchers for BRINKS INC | | | Brink's Inc. | | | | | | |
| | Vendor Total: | | $228.79 | Aged Totals: | | $209.35 | $19.44 | $0.00 | $0.00 |
| **C I LINEN** | | | | | | | | | |
| 2 Vouchers for C I LINEN | | | Universal Linen Service | | | | | | |
| | Vendor Total: | | $408.26 | Aged Totals: | | $0.00 | $0.00 | $0.00 | $408.26 |
| **CAVALIER DIS** | | | | | | | | | |
| 2 Vouchers for CAVALIER DIS | | | Cavalier Indiana Distributing, LLC | | | | | | |
| | Vendor Total: | | $323.98 | Aged Totals: | | $323.98 | $0.00 | $0.00 | $0.00 |
| **CITIZENS** | | | | | | | | | |
| 1 Voucher for CITIZENS | | | Citizens Energy Group | | | | | | |
| | Vendor Total: | | $839.24 | Aged Totals: | | $839.24 | $0.00 | $0.00 | $0.00 |
| **COMCAST 7500** | | | | | | | | | |
| 1 Voucher for COMCAST 7500 | | | Comcast | | | | | | |
| | Vendor Total: | | $373.73 | Aged Totals: | | $373.73 | $0.00 | $0.00 | $0.00 |
| **DEEM** | | | | | | | | | |
| 4 Vouchers for DEEM | | | Deem, LLC | | | | | | |
| | Vendor Total: | | $3,368.56 | Aged Totals: | | $2,455.40 | $913.16 | $0.00 | $0.00 |
| **DIRECTV** | | | | | | | | | |
| 1 Voucher for DIRECTV | | | DIRECTV | | | | | | |
| | Vendor Total: | | $574.14 | Aged Totals: | | $574.14 | $0.00 | $0.00 | $0.00 |
| **DRAIN WORKS** | | | | | | | | | |
| 1 Voucher for DRAIN WORKS | | | Drain Works | | | | | | |
| | Vendor Total: | | $325.00 | Aged Totals: | | $325.00 | $0.00 | $0.00 | $0.00 |
| **ECOLAB FSS** | | | | | | | | | |
| 2 Vouchers for ECOLAB FSS | | | Ecolab Food Safety Specialities, Inc. | | | | | | |
| | Vendor Total: | | $153.01 | Aged Totals: | | $153.01 | $0.00 | $0.00 | $0.00 |
| **ECONOMYLINEN** | | | | | | | | | |
| 2 Vouchers for ECONOMYLINEN | | | Economy Linen & Towel Service Inc | | | | | | |
| | Vendor Total: | | $142.42 | Aged Totals: | | $142.42 | $0.00 | $0.00 | $0.00 |
| **FINTECH** | | | | | | | | | |
| 1 Voucher for FINTECH | | | Fintech (Financial-Information-Tech, LLC | | | | | | |
| | Vendor Total: | | $31.65 | Aged Totals: | | $31.65 | $0.00 | $0.00 | $0.00 |
| **GETFRESH** | | | | | | | | | |
| 12 Vouchers for GETFRESH | | | Get Fresh Produce | | | | | | |
| | Vendor Total: | | $3,198.31 | Aged Totals: | | $1,973.87 | $1,174.44 | $50.00 | $0.00 |
| **JOYS HOUSE** | | | | | | | | | |
| 1 Voucher for JOYS HOUSE | | | Joy's House | | | | | | |
| | Vendor Total: | | $16.40 | Aged Totals: | | $16.40 | $0.00 | $0.00 | $0.00 |

| 4/15/2019 2:56 PM | | | **Vendor Aging** | | | | | Page 2 of 2 |
|---|---|---|---|---|---|---|---|---|

Northside, Entity #13
Age by Doc Date   Cutoff Date 03/31/2019   Aging Date 3/31/2019

| Voucher/Pmt # | Doc Type | Document No. | Doc Date | Disc Date | Due Date | Current Period | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| **MCCLOUD** | | | | | | | | | |
| 1 Voucher for MCCLOUD | | | McCloud Services | | | | | | |
| | Vendor Total: | | $135.00 | Aged Totals: | | $135.00 | $0.00 | $0.00 | $0.00 |
| **MISTERICE** | | | | | | | | | |
| 1 Voucher for MISTERICE | | | Mister Ice | | | | | | |
| | Vendor Total: | | $406.60 | Aged Totals: | | $406.60 | $0.00 | $0.00 | $0.00 |
| **NAVITAS** | | | | | | | | | |
| 1 Voucher for NAVITAS | | | Navitas Credit Corp | | | | | | |
| | Vendor Total: | | $673.08 | Aged Totals: | | $673.08 | $0.00 | $0.00 | $0.00 |
| **RAYS TRASH** | | | | | | | | | |
| 1 Voucher for RAYS TRASH | | | Ray's Trash Service, Inc. | | | | | | |
| | Vendor Total: | | $437.88 | Aged Totals: | | $437.88 | $0.00 | $0.00 | $0.00 |
| **RELIABLE** | | | | | | | | | |
| 1 Voucher for RELIABLE | | | Reliable Water Services, LLC | | | | | | |
| | Vendor Total: | | $812.13 | Aged Totals: | | $812.13 | $0.00 | $0.00 | $0.00 |
| **RNDC** | | | | | | | | | |
| 3 Vouchers for RNDC | | | RNDC - Republic National Distributing Co | | | | | | |
| | Vendor Total: | | $1,334.47 | Aged Totals: | | $1,334.47 | $0.00 | $0.00 | $0.00 |
| **RTI** | | | | | | | | | |
| 1 Voucher for RTI | | | RTI - Restaurant Technologies, Inc. | | | | | | |
| | Vendor Total: | | $702.34 | Aged Totals: | | $702.34 | $0.00 | $0.00 | $0.00 |
| **SOUTHERN** | | | | | | | | | |
| 1 Voucher for SOUTHERN | | | Southern Glazer's of IN, Inc. | | | | | | |
| | Vendor Total: | | $507.30 | Aged Totals: | | $507.30 | $0.00 | $0.00 | $0.00 |
| **STAPLES** | | | | | | | | | |
| 1 Voucher for STAPLES | | | Staples Business Advantage | | | | | | |
| | Vendor Total: | | $57.37 | Aged Totals: | | $57.37 | $0.00 | $0.00 | $0.00 |
| **SUTTON GARTN** | | | | | | | | | |
| 5 Vouchers for SUTTON GARTN | | | Sutton-Garten Co. | | | | | | |
| | Vendor Total: | | $559.06 | Aged Totals: | | $333.06 | $226.00 | $0.00 | $0.00 |
| **US FOODS** | | | | | | | | | |
| 31 Vouchers for US FOODS | | | US Foods, Inc. (IN) | | | | | | |
| | Vendor Total: | | $55,811.43 | Aged Totals: | | $55,569.20 | $242.23 | $0.00 | $0.00 |
| Report Totals  27 Vendors | | | | | | | | | |
| | Report Total: | | $71,532.34 | Aged Totals: | | $68,446.81 | $2,627.27 | $50.00 | $408.26 |

\* = Denotes an invoice that is marked as On Hold

4/15/2019 2:51 PM

# Customer Aging

Northside, Entity #13

Cutoff Date: 03/31/2019    Aging Date: 03/31/2019    All Customers

Page 1 of 1

| Doc Num | Batch Code | Trx Date | Trx Type | Reference | Current | 30 Days | 60 Days | 90 Days |
|---|---|---|---|---|---|---|---|---|
| | | | Total due for DoorDash-> | $5,224.77 | $5,224.77 | $0.00 | $0.00 | $0.00 |
| | | | Total due for Grub Hub-> | $630.89 | $630.89 | $0.00 | $0.00 | $0.00 |
| | | | Grand Totals-> | $5,855.66 | $5,855.66 | $0.00 | $0.00 | $0.00 |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

February 23, 2019 through March 29, 2019
Account Number: 000000█████9395

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00053624 DRE 053 212 09019 NNNNNNNNNNNN 2 000000000 74 0000
SCOTTY'S INDIANAPOLIS, LLC
3855 E 96TH ST STE J
INDIANAPOLIS IN 46240-2070



## We updated our disclosures

On March 17, 2019, we published an updated version of our Deposit Account Agreement and the document explaining our Additional Banking Services and Fees. You can get the latest agreements at a branch or by request when you call us. Here's what you should know:

- We're using a payment network that supports real-time payments. When you send or receive a real-time payment, you confirm that you're not acting on the behalf of someone who is not a U.S. citizen or resident. (General Account Terms, Section I, Rules governing your account)

- We've reduced the Chase wire fee to send an international wire in a foreign currency to $5 per transfer when you use chase.com or the Chase Mobile® app. As a reminder, there is no Chase wire fee when your transfer is equal to $5,000 U.S. dollars or more.

Please call us at the number on this statement if you have any questions.

## CHECKING SUMMARY    Chase Analysis Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $13,354.32 |
| Deposits and Additions | 88 | 222,634.92 |
| Electronic Withdrawals | 17 | -229,272.40 |
| Other Withdrawals | 8 | -6,310.00 |
| Ending Balance | 113 | $406.84 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/25 | Cash Svcs Cash Dep, Depdate= 02/20/2019, Bag= A 64985414, ULID= 0000000013, Vltid= 905 | $309.66 |
| 02/25 | Cash Svcs Cash Dep, Depdate= 02/19/2019, Bag= A 64985415, ULID= 0000000013, Vltid= 905 | 43.30 |
| 02/25 | Worldpay  Bnkcrd Dep Lk255714 000160 CCD ID: 9581916017 | 6,188.30 |
| 02/25 | Worldpay  Bnkcrd Dep Lk255714 000159 CCD ID: 9581916017 | 2,802.13 |
| 02/25 | Worldpay  Bnkcrd Dep Lk255714 000158 CCD ID: 9803595965 | 2,783.17 |
| 02/25 | American Express Settlement 3130658594    CCD ID: 1134992250 | 1,996.54 |
| 02/25 | American Express Settlement 3130658594    CCD ID: 1134992250 | 973.42 |
| 02/26 | Worldpay  Bnkcrd Dep Lk255714 000161 CCD ID: 9803595965 | 9,592.72 |
| 02/26 | American Express Settlement 3130658594    CCD ID: 1134992250 | 287.66 |



February 23, 2019 through March 29, 2019
Account Number: 00000█████9395

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 02/27 | Cash Svcs Cash Dep, Depdate= 02/25/2019, Bag= A 64985413, ULID= 0000000013, Vltid= 905 | 22.98 |
| 02/27 | Worldpay    Bnkcrd Dep Lk255714 000162 CCD ID: 9803595965 | 4,219.13 |
| 02/27 | American Express Settlement 3130658594    CCD ID: 1134992250 | 212.62 |
| 02/28 | Worldpay    Bnkcrd Dep Lk255714 000163 CCD ID: 9803595965 | 2,746.87 |
| 02/28 | American Express Settlement 3130658594    CCD ID: 1134992250 | 186.05 |
| 03/01 | Worldpay    Bnkcrd Dep Lk255714 000164 CCD ID: 9803595965 | 4,778.61 |
| 03/01 | Doordash, Inc.  Transfer  Indy    CCD ID: 1800948598 | 2,926.15 |
| 03/01 | Grubhub Inc    Feb Actvty 15590586    CCD ID: 1261328194 | 700.99 |
| 03/01 | American Express Settlement 3130658594    CCD ID: 1134992250 | 406.61 |
| 03/04 | Worldpay    Bnkcrd Dep Lk255714 000167 CCD ID: 9581916017 | 6,907.67 |
| 03/04 | Worldpay    Bnkcrd Dep Lk255714 000166 CCD ID: 9581916017 | 4,732.50 |
| 03/04 | Worldpay    Bnkcrd Dep Lk255714 000165 CCD ID: 9803595965 | 3,404.73 |
| 03/04 | American Express Settlement 3130658594    CCD ID: 1134992250 | 901.21 |
| 03/04 | American Express Settlement 3130658594    CCD ID: 1134992250 | 421.84 |
| 03/05 | Worldpay    Bnkcrd Dep Lk255714 000168 CCD ID: 9803595965 | 7,372.90 |
| 03/05 | American Express Settlement 3130658594    CCD ID: 1134992250 | 694.06 |
| 03/06 | Cash Svcs Cash Dep, Depdate= 03/02/2019, Bag= A 64985412, ULID= 0000000013, Vltid= 905 | 319.22 |
| 03/06 | Cash Svcs Cash Dep, Depdate= 03/05/2019, Bag= A 64985411, ULID= 0000000013, Vltid= 905 | 127.53 |
| 03/06 | Worldpay    Bnkcrd Dep Lk255714 000169 CCD ID: 9803595965 | 3,407.24 |
| 03/06 | Ezcater Inc    Cat Pmts  62888    CCD ID: 1453073013 | 401.46 |
| 03/06 | American Express Settlement 3130658594    CCD ID: 1134992250 | 92.52 |
| 03/07 | Worldpay    Bnkcrd Dep Lk255714 000170 CCD ID: 9803595965 | 4,681.67 |
| 03/07 | American Express Settlement 3130658594    CCD ID: 1134992250 | 572.70 |
| 03/08 | Worldpay    Bnkcrd Dep Lk255714 000171 CCD ID: 9803595965 | 3,366.77 |
| 03/08 | Doordash, Inc.  Transfer  Indy    CCD ID: 1800948598 | 2,982.15 |
| 03/08 | Grubhub Inc    Mar Actvty 15785112    CCD ID: 1261328194 | 627.58 |
| 03/08 | American Express Settlement 3130658594    CCD ID: 1134992250 | 387.37 |
| 03/08 | Grubhub Inc    Feb Actvty 15670408    CCD ID: 1261328194 | 306.10 |
| 03/11 | Cash Svcs Cash Dep, Depdate= 03/07/2019, Bag= A 64985410, ULID= 0000000013, Vltid= 905 | 77.71 |
| 03/11 | Worldpay    Bnkcrd Dep Lk255714 000174 CCD ID: 9581916017 | 6,373.85 |
| 03/11 | Worldpay    Bnkcrd Dep Lk255714 000173 CCD ID: 9581916017 | 4,634.05 |
| 03/11 | Worldpay    Bnkcrd Dep Lk255714 000172 CCD ID: 9803595965 | 3,502.53 |
| 03/11 | American Express Settlement 3130658594    CCD ID: 1134992250 | 1,389.20 |
| 03/11 | American Express Settlement 3130658594    CCD ID: 1134992250 | 478.71 |
| 03/12 | Worldpay    Bnkcrd Dep Lk255714 000175 CCD ID: 9803595965 | 8,526.73 |
| 03/12 | American Express Settlement 3130658594    CCD ID: 1134992250 | 420.28 |
| 03/13 | Cash Svcs Cash Dep, Depdate= 03/10/2019, Bag= A 64985408, ULID= 0000000013, Vltid= 905 | 92.17 |
| 03/13 | Remote Online Deposit    23 | 77.65 |
| 03/13 | Cash Svcs Cash Dep, Depdate= 03/09/2019, Bag= A 64985409, ULID= 0000000013, Vltid= 905 | 37.78 |
| 03/13 | Worldpay    Bnkcrd Dep Lk255714 000176 CCD ID: 9803595965 | 3,048.62 |
| 03/13 | American Express Settlement 3130658594    CCD ID: 1134992250 | 229.30 |
| 03/14 | Worldpay    Bnkcrd Dep Lk255714 000177 CCD ID: 9803595965 | 2,688.53 |
| 03/14 | American Express Settlement 3130658594    CCD ID: 1134992250 | 790.81 |
| 03/15 | Worldpay    Bnkcrd Dep Lk255714 000178 CCD ID: 9803595965 | 3,792.79 |
| 03/15 | Doordash, Inc.  Transfer  Indy    CCD ID: 1800948598 | 3,504.40 |
| 03/15 | American Express Settlement 3130658594    CCD ID: 1134992250 | 1,409.51 |



February 23, 2019 through March 29, 2019
Account Number: 000000█████9395

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | Grubhub Inc    Mar Actvty 15887897    CCD ID: 1261328194 | 539.71 |
| 03/18 | Worldpay    Bnkcrd Dep Lk255714 000181 CCD ID: 9581916017 | 7,882.65 |
| 03/18 | Worldpay    Bnkcrd Dep Lk255714 000180 CCD ID: 9581916017 | 5,060.60 |
| 03/18 | Worldpay    Bnkcrd Dep Lk255714 000179 CCD ID: 9803595965 | 3,380.58 |
| 03/18 | American Express Settlement 3130658594    CCD ID: 1134992250 | 1,319.67 |
| 03/18 | American Express Settlement 3130658594    CCD ID: 1134992250 | 679.99 |
| 03/19 | Worldpay    Bnkcrd Dep Lk255714 000182 CCD ID: 9803595965 | 9,102.89 |
| 03/19 | American Express Settlement 3130658594    CCD ID: 1134992250 | 519.10 |
| 03/20 | Worldpay    Bnkcrd Dep Lk255714 000183 CCD ID: 9803595965 | 4,057.39 |
| 03/20 | Ezcater Inc    Cat Pmts  62888    CCD ID: 1453073013 | 267.68 |
| 03/20 | American Express Settlement 3130658594    CCD ID: 1134992250 | 220.84 |
| 03/21 | Worldpay    Bnkcrd Dep Lk255714 000184 CCD ID: 9803595965 | 3,544.05 |
| 03/21 | JPMorgan Access Transfer From Account000000█████7886 | 2,000.00 |
| 03/21 | American Express Settlement 3130658594    CCD ID: 1134992250 | 1,091.44 |
| 03/22 | Doordash, Inc.  Transfer  Indy    CCD ID: 1800948598 | 3,584.85 |
| 03/22 | Worldpay    Bnkcrd Dep Lk255714 000185 CCD ID: 9803595965 | 3,372.93 |
| 03/22 | American Express Settlement 3130658594    CCD ID: 1134992250 | 862.63 |
| 03/22 | Grubhub Inc    Mar Actvty 15991721    CCD ID: 1261328194 | 490.38 |
| 03/25 | Worldpay    Bnkcrd Dep Lk255714 000188 CCD ID: 9581916017 | 9,255.88 |
| 03/25 | Worldpay    Bnkcrd Dep Lk255714 000187 CCD ID: 9581916017 | 6,941.28 |
| 03/25 | Worldpay    Bnkcrd Dep Lk255714 000186 CCD ID: 9803595965 | 3,164.61 |
| 03/25 | American Express Settlement 3130658594    CCD ID: 1134992250 | 1,653.89 |
| 03/25 | American Express Settlement 3130658594    CCD ID: 1134992250 | 254.67 |
| 03/26 | Worldpay    Bnkcrd Dep Lk255714 000189 CCD ID: 9803595965 | 13,099.67 |
| 03/26 | American Express Settlement 3130658594    CCD ID: 1134992250 | 420.07 |
| 03/27 | Cash Svcs Cash Dep, Depdate= 03/22/2019, Bag= A 64985407, ULID= 0000000013, Vltid= 905 | 26.62 |
| 03/27 | Worldpay    Bnkcrd Dep Lk255714 000190 CCD ID: 9803595965 | 3,211.72 |
| 03/27 | American Express Settlement 3130658594    CCD ID: 1134992250 | 407.33 |
| 03/28 | Worldpay    Bnkcrd Dep Lk255714 000191 CCD ID: 9803595965 | 3,520.20 |
| 03/28 | American Express Settlement 3130658594    CCD ID: 1134992250 | 469.63 |
| 03/29 | Worldpay    Bnkcrd Dep Lk255714 000192 CCD ID: 9803595965 | 4,077.51 |
| 03/29 | Doordash, Inc.  Transfer  Indy    CCD ID: 1800948598 | 3,770.31 |
| 03/29 | American Express Settlement 3130658594    CCD ID: 1134992250 | 385.20 |
| **Total Deposits and Additions** | | **$222,834.92** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | 02/28 JPMorgan Access Transfer To Account000000█████7886 | $30,567.92 |
| 03/04 | 03/04 JPMorgan Access Transfer To Account000000█████7886 | 28,000.00 |
| 03/04 | IN Fab Tax    Intax    19Z00248135341  CCD ID: 9184002Tax | 3,021.14 |
| 03/05 | Worldpay    Mthly Chgs Lk255714 030219 CCD ID: 9803595965 | 2,802.46 |
| 03/05 | American Express Axp Discnt 3130658594    CCD ID: 1134992250 | 432.94 |
| 03/06 | 03/06 JPMorgan Access Transfer To Account000000█████7886 | 14,500.00 |
| 03/11 | 03/11 JPMorgan Access Transfer To Account000000█████7886 | 7,000.00 |
| 03/15 | 03/15 JPMorgan Access Transfer To Account000000█████7886 | 30,537.92 |
| 03/15 | 03/15 JPMorgan Access Transfer To Account000000█████9629 | 14,000.00 |
| 03/19 | 03/19 JPMorgan Access Transfer To Account000000█████7886 | 18,500.00 |
| 03/19 | NCR Hsr Div    8002255627    CCD ID: 2141901461 | 2,162.89 |
| 03/20 | 03/20 JPMorgan Access Transfer To Account000000█████7886 | 3,500.00 |





February 23, 2019 through March 29, 2019
Account Number: 000000█████9395

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/20 | IN Sales/Use Tax Intax    19Z00250407651   CCD ID: 9180019Tax | 10,607.62 |
| 03/21 | 03/21 JPMorgan Access Transfer To Account000000█████7886 | 5,000.00 |
| 03/27 | 03/27 JPMorgan Access Transfer To Account000000█████7886 | 12,500.00 |
| 03/29 | 03/29 JPMorgan Access Transfer To Account000000█████9629 | 11,900.00 |
| 03/29 | 03/29 JPMorgan Access Transfer To Account000000█████7886 | 34,239.51 |
| **Total Electronic Withdrawals** | | **$229,272.40** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/25 | Curr/Coin Shipment, Ship Date= 02/25/2019, ULID= 0000000013Confirm= | 235983 | $1,060.00 |
| 02/28 | Curr/Coin Shipment, Ship Date= 02/28/2019, ULID= 0000000013Confirm= | 282267 | 800.00 |
| 02/28 | Curr/Coin Shipment, Ship Date= 02/28/2019, ULID= 0000000013Confirm= | 0 | 400.00 |
| 03/07 | Curr/Coin Shipment, Ship Date= 03/07/2019, ULID= 0000000013Confirm= | 355146 | 250.00 |
| 03/11 | Curr/Coin Shipment, Ship Date= 03/11/2019, ULID= 0000000013Confirm= | 379326 | 500.00 |
| 03/14 | Curr/Coin Shipment, Ship Date= 03/14/2019, ULID= 0000000013Confirm= | 420702 | 400.00 |
| 03/21 | Curr/Coin Shipment, Ship Date= 03/21/2019, ULID= 0000000013Confirm= | 0 | 2,500.00 |
| 03/28 | Curr/Coin Shipment, Ship Date= 03/28/2019, ULID= 0000000013Confirm= | 0 | 400.00 |
| **Total Other Withdrawals** | | | **$6,310.00** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 02/25 | $27,390.84 | 03/08 | 14,424.19 | 03/20 | 1,321.48 |
| 02/26 | 37,271.22 | 03/11 | 23,380.24 | 03/21 | 456.97 |
| 02/27 | 41,725.95 | 03/12 | 32,327.25 | 03/22 | 6,767.76 |
| 02/28 | 12,890.95 | 03/13 | 35,812.77 | 03/25 | 30,038.09 |
| 03/01 | 21,703.51 | 03/14 | 38,892.11 | 03/26 | 43,557.83 |
| 03/04 | 7,050.32 | 03/15 | 3,600.60 | 03/27 | 34,703.50 |
| 03/05 | 11,881.88 | 03/18 | 21,924.09 | 03/28 | 38,313.33 |
| 03/06 | 1,729.85 | 03/19 | 10,883.19 | 03/29 | 406.84 |
| 03/07 | 6,734.22 | | | | |

Case 18-09243-JJG-11    Doc 326    Filed 04/29/19    EOD 04/29/19 16:14:45    Pg 17 of 18



**CHASE** 

February 23, 2019 through March 29, 2019

Account Number: 000000█████9395



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



February 23, 2019 through March 29, 2019
Account Number: 000000█████9395

This Page Intentionally Left Blank