# Exhibit B

| | Forecast W/E 5/5 | Forecast W/E 5/12 | Forecast W/E 5/19 | Forecast W/E 5/26 | Forecast W/E 6/2 | Forecast Total |
|---|---|---|---|---|---|---|
| **Company Restaurant Sales** | 272,368 | 260,000 | 225,000 | 225,000 | 225,000 | 1,207,368 |
| **Managed Restaurant Sales** | 221,939 | 226,000 | 225,088 | 178,134 | 170,023 | 1,021,184 |
| **Managed Restaurant Fees** | 17,755 | 18,080 | 18,007 | 14,251 | 13,602 | 81,695 |
| **Other Income** | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Cash In Flows** | 290,123 | 278,080 | 243,007 | 239,251 | 238,602 | 1,289,063 |
| **Payroll** | 0 | (192,071) | 0 | (155,200) | 0 | (347,271) |
| **Food** | (76,263) | (72,800) | (63,000) | (63,000) | (63,000) | (338,063) |
| **Alcohol** | (13,618) | (13,000) | (11,250) | (11,250) | (11,250) | (60,368) |
| **Taxes** | (20,000) | 0 | 0 | (75,000) | (10,000) | (105,000) |
| **Rent** | (109,594) | 0 | 0 | 0 | (108,103) | (217,697) |
| **Insurance** | (40,000) | (300) | 0 | (40,000) | (500) | (80,800) |
| **Bank & CC Fees** | (20,000) | (300) | (3,500) | (200) | 0 | (24,000) |
| **Debit Payments** | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (15,000) |
| **Utilities** | (10,895) | (10,400) | (9,000) | (9,000) | (9,000) | (48,295) |
| **R&M** | (6,809) | (6,500) | (5,625) | (5,625) | (5,625) | (30,184) |
| **Change orders** | (5,447) | (5,200) | (4,500) | (4,500) | (4,500) | (24,147) |
| **Restaurant Operating Expenses** | (45,237) | (26,000) | (22,500) | (22,500) | (22,500) | (138,737) |
| **Total Cash Out Flows-Operating** | (350,864) | (329,571) | (122,375) | (389,275) | (237,478) | (1,429,563) |
| **Net Cash Change** | (60,740) | (51,491) | 120,632 | (150,024) | 1,124 | (140,500) |
| **Beginning Cash Balance** | 179,049 | 63,309 | 153,786 | 244,418 | 79,393 | 179,049 |
| **Ending Cash Balance** | 118,309 | 11,818 | 274,418 | 94,393 | 80,517 | 38,549 |
| DIP Financing | 0 | 190,000 | 0 | 0 | 0 | 190,000 |
| CRO * | (7,500) | 0 | (7,500) | 0 | (7,500) | (22,500) |
| Professional Fee (DIP) Reserve | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (50,000) |
| Huntington | 0 | (33,032) | 0 | 0 | 0 | (33,032) |
| Rewards Network | 0 | (5,000) | 0 | (5,000) | 0 | (10,000) |
| Huntington Legal Counsel | (10,000) | 0 | (10,000) | 0 | 0 | (20,000) |
| Claims/Noticing Agent Fees | 0 | 0 | (10,000) | 0 | 0 | (10,000) |
| Professional Fees (BK Support) * | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (50,000) |
| UST Fees | (35,000) | 0 | 0 | 0 | 0 | (35,000) |
| **Total Cash Out Flows-BK Related** | (55,000) | 141,968 | (30,000) | (15,000) | (10,000) | 31,968 |
| **Adjusted Ending Cash Balance** | 63,309 | 153,786 | 244,418 | 79,393 | 70,517 | 70,517 |

* Fees are accruing on a weekly basis and are included for informational purposes only; these numbers are not included in the excel formuals