UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SCOTTY'S HOLDINGS, LLC, | ) CASE NO. 18-09243-JJG-11 |
| | ) (Jointly Administered) |
| Debtor(s) [1]. | ) |

**NOTICE OF DEBTOR'S APPLICATION TO EMPLOY
WITH OPPORTUNITY TO OBJECT**

**PLEASE TAKE NOTICE** that on May 28, 2019, A Pots & Pans Production, LLC, a debtor and debtor-in-possession ("Debtor") filed *A Pots & Pans Production, LLC's Application to Employ Broker to Market and Sell Liquor License* (the "Application"). As further described in the Application, primary terms of the employment are as follows:

   i. The Debtor requests authority to employ the brokerage firm Bradford & Riley, Inc. (the "Broker") to assist the Debtor in marketing and selling the Debtor's liquor license, license #RR32-32436 (the "License");

   ii. The License was issued to the Debtor as part of the Debtor's unsuccessful efforts to open a Scotty's Brewhouse location in Plainfield, Indiana;

   iii. The Broker shall have the exclusive right to market and sell the License for a twelve-month period commencing on the date the Broker is formally employed;

   iv. The Broker shall list the License for sale at a purchase price of $65,000.00; and

   v. The Debtor has agreed to pay the Broker a 10% commission in exchange for the Broker's services.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11 (the "Lead Case"); A Pots & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245-JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scotty's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, LLC, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253-JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18-09256-JJG-11; Scotty's Brewhouse Butler, LLC, Case No. 18-09257-JJG-11; and Scotty's Brewhouse Waco, LLC, Case No. 18-09258-JJG-11.

**NOTICE IS HEREBY GIVEN THAT, IF AN OBJECTION IS PROPERLY FILED, THEN A HEARING ON THE APPLICATION WILL BE HELD AS FOLLOWS:**

| | |
|---|---|
| **Date:** | Wednesday, June 12, 2019 |
| **Time:** | 1:30 P.M. (EST) |
| **Location:** | Birch Bayh Federal Building and United States Courthouse<br>46 East Ohio Street<br>Courtroom 311<br>Indianapolis, IN 46204 |
| **Telephonic Appearance:**[2] | 1-877-848-7030, Access Code 8891756 |

If you do not want the Court to enter an order approving the Application, or if you want the Court to consider your views on the Application, then on or before **June 5, 2019**, you or your attorney must file with the Court a written objection explaining your position. If you mail your response or objection to the Court, you must mail it early enough so the Court will **receive** it on or before the date stated herein.

Those not permitted to file electronically must deliver any objection by U.S. Mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
Southern District of Indiana
Indianapolis Division
116 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application must also be served (A) upon the undersigned counsel for the Debtors, so as to

---

[2] Please note that although telephonic participation is generally allowed, parties appearing by telephone may not present evidence, examine a witness, or cross-examine a witness.

2

**actually be received** by or before the date stated herein and (B) as provided in the Case Management Order entered by the Court.

A copy of the Application and of the Case Management Order may be obtained, free of charge, from undersigned counsel or from the case website maintained by Stretto f/k/a JND Corporate Restructuring at:

https://cases-cr.stretto.com/scottys-holdings?r

Contact information for Debtors' counsel is:

Jeffrey M. Hester
John Joseph Allman
Hester Baker Krebs LLC
One Indiana Square, Suite 1600
Indianapolis, IN  46204
jhester@hbkfirm.com
jallman@hbkfirm.com

Contact information for Debtors' special counsel is:

Isaac M. Gabriel
Christopher Combest
Quarles & Brady LLP
135 N. Pennsylvania St., Suite 2400
Indianapolis, IN 42604
isaac.gabriel@quarles.com
christopher.combest@quarles.com

Dated:  May 28, 2019  　　　　　　　　HESTER BAKER KREBS LLC

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ John J. Allman*
　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey M. Hester
　　　　　　　　　　　　　　　　　　　　　　　　John J. Allman
　　　　　　　　　　　　　　　　　　　　　　　　Hester Baker Krebs LLC
　　　　　　　　　　　　　　　　　　　　　　　　One Indiana Square, Suite 1600
　　　　　　　　　　　　　　　　　　　　　　　　Indianapolis, Indiana 46204
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (317) 833-3030
　　　　　　　　　　　　　　　　　　　　　　　　Fax:  (317) 833-3031
　　　　　　　　　　　　　　　　　　　　　　　　Email:  jhester@hbkfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　Email:  jallman@hbkfirm.com

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for the Debtors*

3