UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| SCOTTY'S HOLDINGS, LLC, ) | Case No. 18-09243-JJG-11 |
| ) | (Jointly Administered) |
| ) | |
| Debtor(s).[1] ) | |

### CERTIFICATE OF SERVICE

I, Victoria X. Tran, depose and say that I am employed by Stretto, the claims, noticing and balloting agent for the Debtors in the above-captioned cases.

On May 28, 2019, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Motion to Dismiss Case** (Docket No. 24, Case No. 18-09258)

- **Notice of Debtors' Motion to Reject Executory Contract with Rewards Network Establishment Services, Inc. with Opportunity to Object** (Docket No. 319)

Dated: May 28, 2019

/s/ *Victoria X. Tran*
Victoria X. Tran
STRETTO
8269 E. 23rd Ave., Suite 275
Denver, CO 80238
855-812-6112
Victoria.Tran@stretto.com

---

[1] The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11 (the "Lead Case"); A Pots & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245- JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scotty's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253-JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18-09256-JJG-11; Scotty's Brewhouse Butler, LLC, Case No. 18-09257- JJG-11; and Scotty's Brewhouse Waco, LLC, Case No. 18-09258-JJG-11.

# **<u>Exhibit A</u>**

**Exhibit A**

Served Via First-Class Mail

| NAME | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|
| INDIANA MICHIGAN POWER (AEP) | PO BOX 371496 | PITTSBURGH | PA | 15250-7496 |
| WEBER OFFICE EQUIPMENT, INC. | 2708 N WALNUT ST | MUNCIE | IN | 47303-1983 |

In re: Scotty's Holdings, LLC, et al.
Case No. 18-09243