## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SCOTTY'S HOLDINGS, LLC, | ) | Case No. 18-09243-JJG-11 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtor(s).[1] | ) | |

### CERTIFICATE OF SERVICE

I, Victoria X. Tran, depose and say that I am employed by Stretto, the claims, noticing and balloting agent for the Debtors in the above-captioned cases.

On May 29, 2019, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, via facsimile mail on the service list attached hereto as **Exhibit B,** and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Debtors' Motion (Second) for Entry of an Order Extending the Time Within Which Debtors Must Assume or Reject Certain Unexpired Leases of Nonresidential Real Property** (Docket No. 382)

Furthermore, on May 29, 2019, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**, and via electronic mail on the service list attached hereto as **Exhibit E**:

- **Debtors' Motion (Second) for Entry of an Order Extending the Time Within Which Debtors Must Assume or Reject Certain Unexpired Leases of Nonresidential Real Property** (Docket No. 382)

- **Notice of Motion** (Docket No. 383)

Dated: May 30, 2019

*/s/ Victoria X. Tran*
Victoria X. Tran
STRETTO
8269 E. 23rd Ave., Suite 275
Denver, CO 80238
855-812-6112
Victoria.Tran@stretto.com

---

[1] The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11 (the "Lead Case"); A Pots & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245- JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scotty's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253-JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18-09256-JJG-11; Scotty's Brewhouse Butler, LLC, Case No. 18-09257- JJG-11; and Scotty's Brewhouse Waco, LLC, Case No. 18-09258-JJG-11.

# **<u>Exhibit A</u>**



**Exhibit A**

Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|------|-------|-----|
| 3C MECHANICAL TECHNOLOGIES INC. | 538 JANCY ST | | ROBINSON | TX | 76706 |
| 7TH & WALNUT RETAIL, LLC | 1507 SOUTH PIAZZA DRIVE | | BLOOMINGTON | IN | 47401 |
| AALCO DISTRIBUTING | 909 GRANT AVENUE | | FORT WAYNE | IN | 46803 |
| APPLE GLEN INVESTORS, LP | 3333 W HAMILTON ROAD | | FORT WAYNE | IN | 46814 |
| ARAMARK UNIFORM & CAREER APPAREL GRP INC. | AUCA CHICAGO LOCKBOX | 25259 NETWORK PLACE | CHICAGO | IL | 60673-1252 |
| ARROW PEST CONTROL, INC. | PO BOX 515 | | PLYMOUTH | IN | 46563 |
| ATLAS RESTAURANT SUPPLY | PO BOX 4075 | | SOUTH BEND | IN | 46634 |
| ATMOS ENERGY | PO BOX 790311 | | ST. LOUIS | MO | 63179 |
| BAGAT BROTHERS INC. | PO BOX 20520 | | DAYTON | OH | 45420-0520 |
| BALTZ ENTERPRISES LLC | 682 SHANNON COURT | | NOBLESVILLE | IN | 46062 |
| BRINK'S INC. | 7373 SOLUTIONS CENTER | | CHICAGO | IL | 60677-7003 |
| BROTHERS PRODUCE OF AUSTIN | PO BOX 142305 | | AUSTIN | TX | 78714 |
| BULLOCK HEATING & COOLING, INC. | 120 S. BROADWAY | | ALBANY | IN | 47320 |
| BUTLER UNIVERSITY | ATTN: AMANDA DOENGES | BUSINESS OFFICE, 4600 SUNSET AVE. | INDIANAPOLIS | IN | 46208 |
| CARMEL LOFTS, LLC | ATTN: KARA DRATH | 47 S. PENNSYLVANIA ST., 10TH FLOOR | INDIANAPOLIS | IN | 46204 |
| CEILING PRO OF MIDWEST INDIANA, INC. | 1641 EAST 236TH STREET | | ARCADIA | IN | 46030 |
| CENTRAL RESTAURANT PRODUCTS | PO BOX 78070 | | INDIANAPOLIS | IN | 46278 |
| CITY OF WACO WATER | 425 FRANKLIN AVE | | WACO | TX | 76701 |
| CITY OF WEST LAFAYETTE | C/O CUBE PROPERTY MANAGEMENT | PO BOX 492 | LAFAYETTE | IN | 47901 |
| COMPEAT, INC. | ATTN: PAULA MAGGIORE | 11500 ALTERRA PKWY, SUITE 130 | AUSTIN | TX | 78758 |
| DELL BUSINESS CREDIT | PAYMENT PROCESSING CENTER | PO BOX 5275 | CAROL STREAM | IL | 60197 |
| DENISON PARKING, INC. | 121 E. MARYLAND ST. | | INDIANAPOLIS | IN | 46204 |
| DIRECTV | PO BOX 5006 | | CAROL STREAM | IL | 60197 |
| DUE NORTH HOLDINGS, LLC | 17797 N PERIMETER DR | STE 111 | SCOTTSDALE | AZ | 85255-5455 |
| ECOLAB FOOD SAFETY SPECIALTIES, INC. | 24198 NETWORK PLACE | | CHICAGO | IL | 60673 |
| FACILITIES MANAGEMENT, LLC | 8505 ZIONSVILLE ROAD | | INDIANAPOLIS | IN | 46268 |
| FAIRFIELD INN | 120 SOUTH FAIRFIELD DRIVE | | BLOOMINGTON | IN | 47404 |
| FIVE STAR DISTRIBUTING, INC. | 4055 PARK 30 DRIVE | | COLUMBIA CITY | IN | 46725 |
| FORT WAYNE MAD ANTS | 1910 ST JOE CENTER RD | | FORT WAYNE | IN | 46825 |
| FUN EXPRESS LLC | PO BOX 14463 | | DES MOINES | IA | 50306 |
| HARRELL-FISH INC. | 2010 FOUNTAIN DRIVE | PO BOX 1998 | BLOOMINGTON | IN | 47402 |
| HOME2 SUITES BY HILTON | 2013 S. NEIL STREET | | CHAMPAIGN | IL | 61820 |
| HOMEWOOD SUITES BY HILTON | ATTN: KATHY TARVER | 2501 E. 86TH STREET | INDIANAPOLIS | IN | 46240 |
| HOOD BOSS | 2511 MERELL RD | | DALLAS | TX | 75229 |
| INDIANA MICHIGAN POWER (AEP) | PO BOX 371496 | | PITTSBURGH | PA | 15250-7496 |
| INDIANA SECRETARY OF STATE-INBIZ | 200 W WASHINGTON ST, ROOM 201 | | INDIANAPOLIS | IN | 46204 |
| JEFFERSON PLAZA, LLC | ATTN: KRISTI CASE | 1 VIRGINIA AVE, SUITE 200 | INDIANAPOLIS | IN | 46204 |
| JOHNSON CONTROLS SECURITY SOLUTIONS LLC | PO BOX 371967 | | PITTSBURGH | PA | 15250 |
| JUST ENERGY | PO BOX 650518 | | DALLAS | TX | 75265 |
| KATZ, SAPPER & MILLER, LLP | DEPT. 225 | PO BOX 7096 | INDIANAPOLIS | IN | 46206-7096 |
| KOLORTECH LIGHTING LLC | PO BOX 68 | | SHERIDAN | IN | 46069 |



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|------|-------|-----|
| LATHAM & WATKINS LLP | PO BOX 7247-8181 | | PHILADELPHIA | PA | 19170 |
| MID AMERICA BEVERAGE INC. | 2755 COMMERCE DRIVE | PO BOX 2856 | KOKOMO | IN | 46904-2856 |
| MILES PRINTING CORPORATION | PO BOX 6069, DEPT. 98 | | INDIANAPOLIS | IN | 46206 |
| MONARCH BEVERAGE CO, INC. | 9347 E. PENDLETON PIKE | | INDIANAPOLIS | IN | 46236 |
| MOORE SUMMIT, LLC | ATTN: MATTHEW MOORE | 14259 SHORELINE DRIVE | GRANGER | IN | 46530 |
| NAVITAS CREDIT CORP | PO BOX 935204 | | ATLANTA | GA | 31193-5204 |
| NCR CORPORATION | RADIANT SYSTEMS, INC. | ATTN: COREY TAYLOR, PO BOX 198755 | ATLANTA | GA | 30384 |
| NELBUD SERVICES GROUP INC. | 51 KOWEBA LANE | | INDIANAPOLIS | IN | 46201 |
| NETWORK PROPERTY SERVICES - BSU HOUSES | C/O WILSON CROUSE GROUP, LLC | 1701 W. UNIVERSITY AVE. | MUNCIE | IN | 47303-3520 |
| NIPSCO | PO BOX 13007 | | MERRILLVILLE | IN | 46411 |
| PRECEDENT COUNTRYSIDE ACQUISITIONS LLC | PRECEDENT COUNTRYSIDE ACQ (B77) | PO BOX 781029 | PHILADELPHIA | PA | 19178 |
| PYE BARKER FIRE & SAFETY LLC | 6701 IMPERIAL DRIVE | | WACO | TX | 76712 |
| RELIABLE WATER SERVICES, LLC | PO BOX 8830 | | CAROL STREAM | IL | 60197 |
| REPUBLIC NATIONAL DISTRIB. CO LLC | 4901 SAVARESE CIRCLE NORTH | | TAMPA | FL | 33634 |
| RESCO RESTAURANT EQUIPMENT SERVICE CO. | PO BOX 1133 | | HEWITT | TX | 76643 |
| RETAIL CENTER AT PRECEDENT PARK, LP | 12220 N. MERIDIAN ST., SUITE 155 | | CARMEL | IN | 46032 |
| SHARE OUR STRENGTH-NO KID HUNGRY | PO BOX 759242 | | BALTIMORE | MD | 21275 |
| SMART CARE EQUIPMENT SOLUTIONS | EEC ACQUISITION LLC | PO BOX 74008980 | CHICAGO | IL | 60674 |
| SOUTHERN GLAZER'S OF IN, INC. | PO BOX 864860 | | ORLANDO | FL | 32886 |
| THE HUNTINGTON NATIONAL BANK | PO BOX 182232, NC1W32 | | COLUMBUS | OH | 43218 |
| THE WASSERSTROM COMPANY | PO BOX 182056 | | COLUMBUS | OH | 43218 |
| UNITED BEVERAGE CO., INC. | 840 UNITED DRIVE | | SOUTH BEND | IN | 46601 |
| UPTIME MECHANICAL | 6829 EMERALD BAY LANE | | INDIANAPOLIS | IN | 46237 |
| US FOODS, INC. | PO BOX 78000 | DEPT. #78792 | DETROIT | MI | 48278 |
| VECTREN ENERGY DELIVERY | PO BOX 6248 | | INDIANAPOLIS | IN | 46206 |
| VIRTUSA CORPORATION | 25512 NETWORK PLACE | | CHICAGO | IL | 60673 |
| WABASH LANDING II, LLC | C/O SHEEHAN PROPERTY MANAGEMENT | 6440 WESTFIELD BLVD. | INDIANAPOLIS | IN | 46220 |
| WEBER OFFICE EQUIPMENT, INC. | 2708 N WALNUT ST | | MUNCIE | IN | 47303-1983 |
| ZGROWTH PARTNERS LLC | 42490 GARFIELD ROAD, SUITE 202 | | CLINTON TOWNSHIP | MI | 48038 |
| ZINK DISTRIBUTING COMPANY, LLC | 3150 SHELBY STREET | | INDIANAPOLIS | IN | 46227 |

# **Exhibit B**

# STRETTO

**Exhibit B**

Served Via Facsimile

| NAME | ADDRESS 1 | ADDRESS 2 | FAX |
|---|---|---|---|
| BEST BEERS INC. | 1100 SOUTH STRONG DRIVE | | 812-332-6818 |
| C&T DESIGN & EQUIPMENT COMPANY, INC. | ATTN: CHRIS MONACKO | 2750 TOBEY DRIVE | 317-899-8753 |
| CENTERLINE MECHANICAL CONTRACTING INC. | 1717 COMMERCE DRIVE | | 574-233-6525 |
| DEATON'S MECHANICAL CO., INC. | 1435 BROOKVILLE WAY | SUITE J | 317-357-5770 |
| DELCO PIZZA PRODUCTS INC. | 4850 W. 78TH STREET | | 317-870-7803 |
| FLAHERTY & O'HARA PC | 610 SMITHFIELD STREET | STE 300 | 412-456-2019 |
| FUERBRINGER LANDSCAPING & DESIGN INC. | 22530 BRICK ROAD | | 574-271-2861 |
| GET FRESH PRODUCE | 1441 BREWSTER CREEK BLVD | | 630-665-3391 |
| HUTSON & SONS BOILER & WELDING, INC. | 5 WEST EPLER AVE | PO BOX 17265 | 317-786-3431 |
| MISTER ICE | 7954 EAST 88TH ST. | | 317-578-0750 |
| NORTH MECHANICAL SERVICES, INC. | 2627 N. EMERSON AVE. | | 317-610-2638 |
| PEPSI COLA - HOOSIER REFRESHMENT CORP. | 1031 N. THIRD ST. | PO BOX 449 | 574-722-5185 |
| UNIVERSAL LINEN SERVICE | ATTN: ERIC SCHAMP | 1807 COMMERCE RD | 502-635-8796 |
| WASTE COST SOLUTIONS, INC. | 131 NW 43RD STREET | | 561-417-9684 |
| WSBT RADIO GROUP | ATTN: GRACE LUPPI | 1301 E. DOUGLAS ROAD STE 110 | 574-239-4231 |

In re: Scotty's Holdings, LLC, et al.
Case No. 18-09243

# **Exhibit C**



**Exhibit C**

Served Via Electronic Mail

| NAME | ADDRESS 1 | EMAIL |
|------|-----------|-------|
| A CLOSER LOOK LLC | | SHANNON.GAY@A-CLOSER-LOOK.COM |
| AV DESIGNERS, INC. | ATTN: TAMMY CARLTON | ACCOUNTING@AVDESIGNERS.COM |
| BRENNECO, INC. | | RUSTY@BRENNECO.COM |
| BRIDG, INC. | | ACCOUNTING@BRIDG.COM |
| CAMPUS CORNER, LLC | ATTN: DEB WISE | DLWISE1950@GMAIL.COM |
| COMMERCIAL SERVICE OF BLOOMINGTON, INC. | | INFO@COMMERCIALSERVICE.COM |
| CT CORPORATION | ATTN: VANESSA LAWRENCE | CLS-SMBREPRESENTATIONTEAM@WALTERSKLUWER.COM |
| EHS HOSPITALITY GROUP | | BHIRT@EHSHOSPITALITY.COM |
| ENTERPRISE PLUMBING, INC. | | CONTACT@ENTERPRISEPLUMBINGINC.COM |
| ENVIRO-MASTER SERVICES | | AR@ENVIRO-MASTER.COM |
| GENERAL PARTS LLC | | CONNIEB@GENERALPARTS.COM |
| GOOLDY & SONS, INC. | | GOOLDYS@COMCAST.NET |
| HART PROPERTIES V, LTD. | ATTN: LISA KISS | LISA@NOBLEP.COM |
| ICU SERVICE COMPANY | | ACCOUNTING@ICUMECHANICAL.COM |
| INDIANAPOLIS COLTS INC. | ATTN: DANIEL C. EMERSON | DAN.EMERSON@COLTS.NFL.NET |
| MCDANIEL YARDSCAPER INC. | | MCLEAVELIN@MCDANIELYARDSCAPER.COM |
| MISHAWAKA UTILITIES | | JGARD@MISHAWAKA.IN.GOV |
| MOWERY | | CHIP@MAKEITMOWERY.COM |
| MUNCIE SANITARY DISTRICT | | BILLING@MUNCIESANITARY.ORG |
| NIEZGODSKI PLUMBING, INC. | | NIEZPLUM@COMCAST.NET |
| OHIO / INDIANA WINDOW CLEANING, INC. | | AR@OWCGROUP.COM |
| PACERS BASKETBALL LLC | | MLOWSTETTER@PACERS.COM |
| PELTZ SERVICES, INC. | | INFO@PELTZSERVICES.COM |
| PROPHECY MEDIA GROUP | ATTN: CYNTHIA LOPEZ | CLOPEZ@RADIOWACO.COM |
| REMOTE BEER SYSTEMS, LLC | | SCHAUNBEER@GMAIL.COM |
| RESTAURANT TECHNOLOGIES, INC. | | CUSTOMERCARE@RTI-INC.COM |
| RICKER & RICKER PLLC | ATTN: KEITH RICKER | KEITH@CRICKERLAW.COM |
| RIGHT ON INTERACTIVE LLC | ATTN: TOM LONG | ACCOUNTING@RIGHTONINTERACTIVE.COM |
| S.C. PRYOR, INC. DBA PRYOR SAFE & LOCK | | PRYORDISPATCH@ATT.NET |
| SCOTTY'S MAIN STREET, LLC | C/O CRESSY & EVERETT MANAGEMENT, ATTN: GEORGE CRESSY | GCRESSY@CRESSY.COM |
| STAPLES BUSINESS ADVANTAGE | | ARQUESTIONS@STAPLES.COM |
| STARLIGHT DISTRIBUTION, LLC | | EADS@STARLIGHTDISTRIBUTION.COM |
| SUTTON-GARTEN CO. | | WELD@SUTTONGARTEN.COM |
| TALENTREEF, INC. | | ACCOUNTING@TALENTREEF.COM |
| TURNER COMMERCIAL REFRIGERATION INC. | | INFO@ICESPECIALIST.COM |
| YOUNG PLUMBING & MECHANICAL, INC. | | PLYOUNGN2@GMAIL.COM |

# **Exhibit D**

# STRETTO

**Exhibit D**

Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|------|-------|-----|
| BUTLER UNIVERSITY | C/O FAEGRE BAKER DANIELS LLP | ATTN: MARK C. SAUSSER | 300 N. MERIDIAN ST, STE 2700 | INDIANAPOLIS | IN | 46204 |
| NOBLE NET LEASE INVESTMENT, LLC | ATTN: NEIL C. EFRON | EXECUTIVE VICE PRESIDENT | 4280 PROFESSIONAL CENTER DR, SUITE 100 | PALM BEACH GARDENS | FL | 33410 |

In re: Scotty's Holdings, LLC, et al.
Case No. 18-09243

# **<u>Exhibit E</u>**

**Exhibit E**

Served Via Electronic Mail

| NAME | ADDRESS 1 | ADDRESS 2 | EMAIL |
|---|---|---|---|
| BUTLER UNIVERSITY | C/O FAEGRE BAKER DANIELS LLP | ATTN: MARK C. SAUSSER | MARK.SAUSSER@FAEGREBD.COM |
| NOBLE NET LEASE INVESTMENT, LLC | ATTN: NEIL C. EFRON | | NEFRON@NOBLEP.COM |