UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: ) | | Chapter 11 |
| ) | | |
| SCOTTY'S HOLDINGS, LLC,[1] ) | | Case No. 18-09243-JJG-11 |
| ) | | |
| Debtor(s). ) | | (Jointly Administered) |
| _____) | | |

## NOTICE OF APPLICATION FOR ADMINISTRATIVE PRIORITY CLAIM

**PLEASE TAKE NOTICE** that on May 31, 2019, Creditor Precedent Countryside Acquisitions, LLC ("Precedent") filed its Application for Administrative Priority Claim pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1) (the "Application").

As described in more detail in the Application, Precedent seeks entry of an order allowing Precedent an administrative priority claim against the estates of Debtors Scotty's Holdings, LLC and Scotty's Indianapolis, LLC in the amount of $88,715.74 pursuant to section 365(d)(3) and/or section 503(b)(1) of Title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read this Notice carefully and discuss it with your attorney, if you have one in these bankruptcy cases. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Court to enter an order granting the Application, or if you want the Court to consider your views on the Application, then, on or before **July 15, 2019** you or your attorney must file with the Court a written objection explaining your position. If you mail your response or objection to the Court, you must mail it early enough so the Court will **receive** it on or before the date stated herein.

Those not permitted to file papers with the Court electronically must deliver any objection by U.S. Mail, courier, overnight/express mail, or in person to the United States Bankruptcy Court Clerk's Office, 116 U.S. Courthouse, 46 East Ohio Street, Indianapolis, IN 46204.

---

[1] The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11; A Pots & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245-JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scott's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253-JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18-09256-JJG-11; Scotty's Brewhouse Butler, LLC, Case No. 18-09257-JJG-11; and Scotty's Brewhouse Waco, LLC, Case No. 18-09258-JJG-11.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application must also be served (A) upon the undersigned counsel for Precedent, so as to actually be received by or before July 15, 2019 and (B) as provided in the Case Management Order entered by the Court.

A copy of the Application and of the Case Management Order may be obtained, free of charge, from undersigned counsel or from the case website maintained by Stretto at https://case.stretto.com/scottys-holdings.

**PLEASE TAKE FURTHER NOTICE THAT, IF AN OBJECTION IS PROPERLY FILED, A HEARING ON THE APPLICATION WILL BE HELD AS FOLLOWS:**

| | |
|---|---|
| Date: | Monday, July 22, 2019 |
| Time: | 1:30 p.m. Eastern Time |
| Location: | Birch Bayh Federal Building and United States Courthouse<br>Courtroom 311<br>46 East Ohio Street<br>Indianapolis, IN 46204 |
| Telephonic Appearances: | 1-877-848-7030, Access Code 8891756 (Although telephonic participation is generally allowed, parties appearing by telephone may not present evidence, examine a witness, or cross-examine a witness). |

**PLEASE TAKE FURTHER NOTICE** that, if you or your attorney do not take these steps, the Court may grant the relief requested in the Application **without a hearing**.

Respectfully submitted,

/s/ John C. Cannizzaro
**ICE MILLER LLP**
John C. Cannizzaro
250 West Street, Suite 700
Columbus, OH 43215-7509
Telephone: (614) 462-1070
john.cannizzaro@icemiller.com

Jeffrey A. Hokanson
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100
jeff.hokanson@icemiller.com

*Counsel for Precedent Countryside Acquisitions, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- John Joseph Allman    jallman@hbkfirm.com, dadams@hbkfirm.com
- Kay Dee Baird    kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
- Christopher E. Baker    cbaker@hbkfirm.com, thignight@hbkfirm.com
- Daniel D. Bobilya    dan@b-blegal.com, sarah@b-blegal.com
- Jason R Burke    jburke@bbrlawpc.com, kellis@bbrlawpc.com
- John Cannizzaro    john.cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
- Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
- Christopher Combest    ccombest@quarles.com, fbf@quarles.com
- E. Davis Coots    dcoots@chwlaw.com, kiefer@chwlaw.com; COHara@chwlaw.com; CCurley@chwlaw.com;KCarlisle@chwlaw.com
- George S. Cressy    gcressy@southbank.legal
- Aaron E. Davis    Aaron.Davis@bclplaw.com, kathryn.farris@bclplaw.com; chdocketing@bclplaw.com
- Dustin R. DeNeal    dustin.deneal@faegrebd.com, noticeFRindy@faegrebd.com
- Lucy Renee Dollens    lucy.dollens@quarles.com, paul.sanders@quarles.com; DocketIN@quarles.com;kelly.webster@quarles.com
- Mary Jean Fassett    mjf@mccarronlaw.com
- Isaac M Gabriel    isaac.gabriel@quarles.com, sybil.aytch@quarles.com;kelly.webster@quarles.com;elizabeth.fella@quarles.com
- Craig Solomon Ganz    ganzc@ballardspahr.com
- Christopher C Hagenow    chagenow@bbrlawpc.com, kellis@bbrlawpc.com
- Jeffrey M. Hester    jhester@hbkfirm.com, mhetser@hbkfirm.com
- Jeffrey A Hokanson    jeff.hokanson@icemiller.com, bgnotices@icemiller.com
- John R. Humphrey    jhumphrey@taftlaw.com, aolave@taftlaw.com
- Frederick Hyman    RHyman@duanemorris.com
- Brent E. Inabnit    brenti@sni-law.com, joshv@sni-law.com
- Anthony R. Jost    tjost@rbelaw.com, baldous@rbelaw.com
- David J. Jurkiewicz    DJurkiewicz@boselaw.com, mwakefield@boselaw.com; rmurphy@boselaw.com;dlingenfelter@boselaw.com
- Jay Pearson Kennedy    jkennedy@kgrlaw.com, ncarson@kgrlaw.com
- Elizabeth Marie Little    elizabeth.little@faegrebd.com
- Steven M. Lutz    Lutz@cchalaw.com
- Jean Sutton Martin    jeanmartin@forthepeople.com, nslattery@forthepeople.com
- John Michael Mead    jmead@indylegal.net, kbonstead@indylegal.net
- Harley K Means    hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com
- Ronald J. Moore    Ronald.Moore@usdoj.gov
- C Daniel Motsinger    cmotsinger@kdlegal.com, cmotsinger@kdlegal.com; crbpgpleadings@kdlegal.com;shammersley@kdlegal.com
- Scott M. Pearson    spearson@manatt.com, sakim@manatt.com, CalendarDept@manatt.com

    Kenneth Darryl Peters    kpeters@dresslerpeters.com, rmccandless@dresslerpeters.com
    Amanda Koziura Quick    amanda.quick@atg.in.gov, Marie.Baker@atg.in.gov
    Harrison Edward Strauss    harrison.strauss@usdoj.gov, Lora.L.Hurlbert@USDOJ.GOV
    Meredith R. Theisen    mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com; mralph@rubin-levin.net
    U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

    I further certify that, on June 3, 2019, I caused the foregoing to be served via first-class U.S. mail on the following addresses:

Butler University
C/O Faegre Baker Daniels LLP
Attn: Mark C. Sausser
300 N. Meridian St, Ste 2700
Indianapolis, IN 46204

Noble Net Lease Investment, LLC
Attn: Neil C. Efron Executive Vice President
4280 Professional Center Dr., Suite 100
Palm Beach Gardens, FL 33410

                                                             /s/ *John C. Cannizzaro*
                                                              John C. Cannizzaro