UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SCOTTY'S HOLDINGS, LLC, | ) | CASE NO.  18-09243-JJG-11 |
| | ) | (Jointly Administered) |
| Debtor(s) [1]. | ) | |

**MOTION TO CONTINUE HEARING**

The debtors-in-possession (the "Debtors"), by counsel, move this Court for a continuance of the hearing scheduled for June 12, 2019, at 1:30 p.m. (Eastern Time) (the "Hearing").  In support of their Motion, Debtors state:

1.     This matter is scheduled for a hearing on June 12, 2019, at 1:30 p.m. (Eastern Time) on the ***Motion for Leave to File Class Proof of Claim*** [Doc. No. 268] filed by Robert D. Brady, Jr. and Rachel Megquire; and ***Debtors' Limited Objection to Motion for Leave to File Class Proof of Claim*** [Doc. No. 293].

2.     The parties are discussing settlement and need additional time to finalize their agreement.

3.     This request is not made to unduly delay these proceedings.

---

[1]  The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11 (the "Lead Case"); A Pots & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245-JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scotty's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, LLC, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253-JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18-09256-JJG-11; Scotty's Brewhouse Butler, LLC, Case No. 18-09257-JJG-11; and Scotty's Brewhouse Waco, LLC, Case No. 18-09258-JJG-11.

WHEREFORE, the Debtors request that the hearing set for June 12, 2019, at 1:30 p.m. (Eastern Time) be continued and re-scheduled for the omnibus hearing set for July 22, 2019, at 1:30 p.m. (Eastern Time), and for any and all other relief just and proper in the premises.

HESTER BAKER KREBS LLC

By    /s/ John J. Allman
       Jeffrey M. Hester
       John J. Allman
       Hester Baker Krebs LLC
       One Indiana Square, Suite 1600
       Indianapolis, IN  46204
       (317) 833-3030
       Fax: (317) 833-3031
       Email:   jhester@hbkfirm.com
       Email:   jallman@hbkfirm.com

*Attorneys for Debtors*

*[the balance of this page intentionally left blank]*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 11, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- Isaac M Gabriel    isaac.gabriel@quarles.com
- Lucy Renee Dollens    lucy.dollens@quarles.com
- Christopher Combest    Christopher.combest@quarles.com
  - *Counsel for Debtors*

- Jason R Burke    jburke@bbrlawpc.com
- Christopher C Hagenow    chagenow@bbrlawpc.com
  - *Counsel for The Huntington National Bank*

- Daniel D. Bobilya    dan@b-blegal.com
  - *Counsel for AxiaTP*

- John C. Cannizzaro    john.cannizzaro@icemiller.com
- Jeffrey A. Hokanson    jeff.hokanson@icemiller.com
  - *Counsel for Precedent Countrywide Acquisitions, LLC*

- Deborah J. Caruso    dcaruso@rubin-levin.net
- Meredith R. Theisen    mtheisen@rubin-levin.net
  - *Counsel for 7th & Walnut Retail, LLC*

- E. Davis Coots    dcoots@chwlaw.com
  - *Counsel for Retail Center at Precedent Park, LP*

- Aaron E. Davis    Aaron.Davis@bclplaw.com
  - *Counsel for US Foods, Inc.*

- Mary Jean Fassett    mjf@mccarronlaw.com
  - *Counsel for Get Fresh Produce, Inc.*

- Craig Solomon Ganz    ganzc@ballardspahr.com
  - *Counsel for Store Master Funding VI, LLC*

- Dustin R. DeNeal    dustin.deneal@faegrebd.com
- Elizabeth M. Little    Elizabeth.little@faegrebd.com
- Scott M. Pearson    spearson@manatt.com
  - *Counsel for Rewards Network Establishment Services, Inc.*

- John R. Humphrey    jhumphrey@taftlaw.com, aolave@taftlaw.com
  - *Counsel for Campus Corner, LLC*

- Frederick D. Hyman    fhyman@mayerbrown.com
  - *Counsel for Sase Kosan K.K.*

- Brent E. Inabnit   brenti@sni-law.com
  - *Counsel for Martell Electric, LLC*
  - *Counsel for Fuerbringer Landscaping & Design, Inc.*

- Anthony R. Jost   tjost@rbelaw.com
  - *Counsel for Jefferson Plaza, LLC*

- Steven M. Lutz   lutz@cchalaw.com
  - *Counsel for Butler University*

- John M. Mead   jmead@indylegal.net
  - *Counsel for CPC Building A, LLC*

- Harley K. Means   hkm@kgrlaw.com
- Jay P. Kennedy   jpk@kgrlaw.com
  - *Counsel for Carmel Lofts, LLC*

- Kay Dee Baird   kbaird@kdlegal.com
- C. Daniel Motsinger   cmotsinger@kdlegal.com
  - *Counsel for Moore Summit, LLC*

- Amanda Quick   Amanda.Quick@atg.in.gov
  - *Counsel for State of Indiana*

- Ronald J. Moore   Ronald.Moore@usdoj.gov
- Harrison Edward Strauss   harrison.strauss@usdoj.gov
  - *Counsel for the U.S. Trustee*

- Kenneth D. Peters   kpeters@dresslerpeters.com
  - *Counsel for Alliance Funding Group*

- Jean S. Martin   jeanmartin@forthpeople.com
  - *Counsel for Robert D. Brady, Jr. and Rachel Megquier*

- George S. Cressy III   gcressy@southbank.legal
  - *Counsel for Scotty's Main Street, LLC*

- U.S. Trustee   ustpregion10.in.ecf@usdoj.gov

I further certify that on June 11, 2019, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

n/a

/s/ John J. Allman
Jeffrey M. Hester
John J. Allman

4