UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| SCOTTY'S HOLDINGS, LLC, | )   CASE NO. 18-09243-JJG-11 |
| Debtor(s)[1]. | )   (Jointly Administered) |

### NOTICE OF DRAW ON RETAINER

PLEASE TAKE NOTICE that pursuant to Local Rule S.D.IND. B-2014-1: *Employment of Professional Persons and Treatment of Retainers in Chapter 11 Cases*, and pursuant to this Court's *Order Authorizing Employment of Counsel* dated January 18, 2019 [Doc. 148], Hester Baker Krebs LLC, counsel for Debtors, respectfully reports to the court as follows:

| | |
|---|---|
| Initial Retainer | $7,500.00 |
| Applied Pre-Petition | -$6,825.00 |
| Sub-Total | $675.00 |
| Additional Retainer from Debtors-in-Possession | $30,000.00 |
| Prior Draws on Fee Reserve | $50,000.00 |
| Sub-Total | $80,675.00 |
| Previous Draws | -$80,675.00 |
| Balance of 80% from previous draw (carry forward) | $9,367.70 |
| | |
| Current Draw on Fee Reserve | $20,000.00 |
| Balance of 80% carried forward from previous draw | -$9,367.70 |
| Current Draw of Expenses (100%) | -$30.54 |
| Current Draw of Fees (no more than 80%) (Open Debtors) | -$10,601.76 |
| Current Draw of Fees (no more than 80%) (Closed Debtors) | -$0.00 |
| Retainer Balance | $0.00 |
| Balance of 80% (carry forward) | $2,615.04 |

Dated:   June 27, 2019

Respectfully submitted,
HESTER BAKER KREBS LLC
By:_____*/s/ John J. Allman*_____
Jeffrey M. Hester
John J. Allman
Hester Baker Krebs LLC
One Indiana Square, Suite 1600
Indianapolis, IN  46204

---

[1] The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11 (the "Lead Case"); A Pots & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245-JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scotty's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, LLC, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253-JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18-09256-JJG-11; Scotty's Brewhouse Butler, LLC, Case No. 18-09257-JJG-11; and Scotty's Brewhouse Waco, LLC, Case No. 18-09258-JJG-11.

Tel: (317) 833-3030 / Fax: (317) 833-3031
Email: jhester@hbkfirm.com
Email: jallman@hbkfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- Isaac M Gabriel    isaac.gabriel@quarles.com
- Lucy Renee Dollens    lucy.dollens@quarles.com
- Christopher Combest    Christopher.combest@quarles.com
  - *Counsel for Debtors*

- Jason R Burke    jburke@bbrlawpc.com
- Christopher C Hagenow    chagenow@bbrlawpc.com
  - *Counsel for The Huntington National Bank*

- Daniel D. Bobilya    dan@b-blegal.com
  - *Counsel for AxiaTP*

- John C. Cannizzaro    john.cannizzaro@icemiller.com
- Jeffrey A. Hokanson    jeff.hokanson@icemiller.com
  - *Counsel for Precedent Countrywide Acquisitions, LLC*

- Deborah J. Caruso    dcaruso@rubin-levin.net
- Meredith R. Theisen    mtheisen@rubin-levin.net
  - *Counsel for 7th & Walnut Retail, LLC*

- E. Davis Coots    dcoots@chwlaw.com
  - *Counsel for Retail Center at Precedent Park, LP*

- Aaron E. Davis    Aaron.Davis@bclplaw.com
  - *Counsel for US Foods, Inc.*

- Mary Jean Fassett    mjf@mccarronlaw.com
  - *Counsel for Get Fresh Produce, Inc.*

- Craig Solomon Ganz    ganzc@ballardspahr.com
  - *Counsel for Store Master Funding VI, LLC*

- Dustin R. DeNeal    dustin.deneal@faegrebd.com
- Elizabeth M. Little    Elizabeth.little@faegrebd.com
- Scott M. Pearson    spearson@manatt.com
  - *Counsel for Rewards Network Establishment Services, Inc.*

- John R. Humphrey    jhumphrey@taftlaw.com, aolave@taftlaw.com
  - *Counsel for Campus Corner, LLC*

- Frederick D. Hyman    fhyman@mayerbrown.com
  - *Counsel for Sase Kosan K.K.*

- Brent E. Inabnit    brenti@sni-law.com
    - *Counsel for Martell Electric, LLC*
    - *Counsel for Fuerbringer Landscaping & Design, Inc.*

- Anthony R. Jost    tjost@rbelaw.com
    - *Counsel for Jefferson Plaza, LLC*

- Steven M. Lutz    lutz@cchalaw.com
    - *Counsel for Butler University*

- John M. Mead    jmead@indylegal.net
    - *Counsel for CPC Building A, LLC*

- Harley K. Means    hkm@kgrlaw.com
- Jay P. Kennedy    jpk@kgrlaw.com
    - *Counsel for Carmel Lofts, LLC*

- Kay Dee Baird    kbaird@kdlegal.com
- C. Daniel Motsinger    cmotsinger@kdlegal.com
    - *Counsel for Moore Summit, LLC*

- Amanda Quick    Amanda.Quick@atg.in.gov
    - *Counsel for State of Indiana*

- Ronald J. Moore    Ronald.Moore@usdoj.gov
- Harrison Edward Strauss    harrison.strauss@usdoj.gov
    - *Counsel for the U.S. Trustee*

- Kenneth D. Peters    kpeters@dresslerpeters.com
    - *Counsel for Alliance Funding Group*

- Jean S. Martin    jeanmartin@forthpeople.com
    - *Counsel for Robert D. Brady, Jr. and Rachel Megquier*

- George S. Cressy III    gcressy@southbank.legal
    - *Counsel for Scotty's Main Street, LLC*

- Jason L. Fulk    jfulk@hooverhullturner.com
    - *Counsel for Westchester Fire Insurance Company*

- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I further certify that on June 27, 2019, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

n/a

/s/ John J. Allman
Jeffrey M. Hester
John J. Allman