# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-09243-JJG-11 |
| SCOTTY'S HOLDINGS, LLC, ) | |
| ) | (Jointly Administered) |
| ) | |
| Debtor(s).[1] ) | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies as follows:

1.   The Debtors have filed the following motion:

   (a)   *Omnibus Motion (Third) for Entry of an Order Authorizing and Approving the Rejection of Certain Unexpired Leases and Executory Contracts Pursuant to 11 U.S.C. §365* [Docket No. 449] (the "**Motion**") and the associated *Notice of Motion* [Docket No. 450], both on July 8, 2019.

2.   The items listed in paragraph 1(a) of this Certificate were properly served pursuant to the *Order Establishing Certain Notice, Case Management, and Administrative Procedures* [Docket No. 171] (the "**Case Management Order**").

3.   Pursuant to the Notice described above and the Case Management Order, objections to the Motion were due on July 15, 2019.

---

[1]   The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11; A Pots & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245-JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scotty's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253-JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18-09256-JJG-11, and Scotty's Brewhouse Butler, LLC, Case No. 18-09257-JJG-11. The case of Scotty's Brewhouse Waco, LLC, Case No. 18-09258-JJG-11, has been dismissed on the Debtor's motion.

4. No objections have been filed to the Motion. The Debtors have therefore uploaded an order for entry by the Court granting the Motion.

5. The Debtors note that the uploaded order on the Motion deletes that certain Services Agreement between Debtor A Pots & Pans Production, LLC and Brink's U.S. from the schedule of rejected contracts included with the original Motion.

DATED this 16th day of July, 2019.   QUARLES & BRADY LLP

> By: /s/ *Christopher Combest*
> Isaac M. Gabriel (AZ Bar No. 021780)
>  admitted *pro hac vice*
> Christopher Combest (IL ARDC No. 06224701)
>  admitted *pro hac vice*
> 135 N. Pennsylvania St., Suite 2400
> Indianapolis, Indiana 46204
> Telephone: (317) 957-5000
> Facsimile: (317) 957-5010
> isaac.gabriel@quarles.com
> christopher.combest@quarles.com
>
> *Special Counsel for Debtors*