UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SCOTTY'S HOLDINGS, LLC, ) | CASE NO. 18-09243-JJG-11 |
| ) | (Jointly Administered) |
| Debtor(s) [1]. ) | |

**PROPOSED AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 22, 2019, AT 1:30 P.M. (EASTERN TIME)**

The debtors-in-possession (the "Debtors"), by counsel, submit this proposed agenda for the hearing scheduled for July 22, 2019, at 1:30 p.m. (Eastern Time) (the "Hearing") in United States Bankruptcy Court for the Southern District of Indianapolis in the Birch Bayh Federal Building and United States Courthouse, Room 311, 46 East Ohio Street, Indianapolis, IN 46204. The Debtors anticipate that the matters before the Court for this Hearing will take approximately one to two hours.

To appear telephonically,[2] call 1-877-848-7030 and enter Access Code 8891756.

**MATTERS GOING FORWARD**[3]**:**

1. *Application for Payment of Administrative Expense Pursuant to Section 503* [Doc. No. 389] filed by Precedent Countryside Acquisitions.

   Response Deadline: July 15, 2019.

   Responses Filed: *None*

---

[1] The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11 (the "Lead Case"); A Pots & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245-JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scotty's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, LLC, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253-JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18-09256-JJG-11; Scotty's Brewhouse Butler, LLC, Case No. 18-09257-JJG-11; and Scotty's Brewhouse Waco, LLC, Case No. 18-09258-JJG-11.

[2] Please note that although telephonic participation is generally allowed, parties appearing by telephone may not present evidence, examine a witness, or cross-examine a witness.

[3] Item #s 1-2 will be presented and prosecuted by Mr. I. Gabriel and Mr. C. Combest, special counsel for the Debtors; item # 3 will be presented and prosecuted by Mr. J. Hester and Mr. J. Allman, general counsel for the Debtors.

    Status:  Parties to report agreement.

2. ***Application for Payment of Administrative Expense Pursuant to Section 503*** [Doc. No. 266] filed by Jefferson Plaza, LLC.

    Response Deadline: July 15, 2019.

    Responses Filed: ***Debtor's Objection to Application for Payment of Administrative Expense*** [Doc. No. 291] filed by Scotty's Brewhouse Downtown Indianapolis, LLC.

    Status:  Parties to report agreement.

3. ***Motion to Reject Executory Contract with Rewards Network Establishment Services, Inc.*** [Doc. No. 318] filed by the Debtors.

    Response Deadline: July 15, 2019.

    Responses Filed: ***Response in Opposition to Debtors' Motion to Reject Executory Contract with Rewards Network Establishment Services, Inc.*** [Doc. No. 354] filed by Rewards Network Establishment Services, Inc., and its ***Supplemental Objection to Debtor's Motion*** [Doc. No. 393].

    Status:  Parties to request matter be reset to August omnibus hearing.

4. ***Motion for Authority for Leave to File Class Proof of Claim*** [Doc. No. 268] filed by Robert D. Brady, Jr. and Rachel Mequier.

    Response Deadline: July 15, 2019.

    Responses Filed: ***Debtor's Objection to Creditors' Motion*** [Doc. No. 293] filed by the Debtors.

Status:  Parties to report agreement.

5. ***Disclosure Statement to Debtor's Plan of Reorganization*** [Doc. No. 394] filed by Scotty's Holdings, LLC

Response Deadline: July 17, 2019.

Responses Filed: *None.*

Status:  Debtor to withdraw at the hearing.

6. ***Final Hearing on Debtor's Second Request for Additional Post-Petition Financing*** [Doc. No. 431] filed by the Debtors.

Response Deadline: July 18, 2019.

Responses Filed: *None*

Status:  Debtors to request final order be entered.

7. ***Disclosure Statement to Debtor's Plan of Reorganization*** [Doc. No. 36] filed by A Pots & Pans Production, LLC under case no. 18-09244-JJG-11.

Response Deadline: July 17, 2019.

Responses Filed: *None.*

Status:  Debtor to withdraw at the hearing.

8. ***Disclosure Statement to Debtor's Plan of Reorganization*** [Doc. No. 34] filed by Scotty's Brewhouse Bloomington, LLC under case no. 18-09248-JJG-11.

Response Deadline: July 17, 2019.

3

Responses Filed: *None.*

Status: Debtor to withdraw at the hearing.

9. ***Disclosure Statement to Debtor's Plan of Reorganization*** [Doc. No. 34] filed by Scotty's Brewhouse West Lafayette, LLC under case no. 18-09250-JJG-11.

   Response Deadline: July 17, 2019.

   Responses Filed: *None.*

   Status: Debtor to withdraw at the hearing.

10. ***Disclosure Statement to Debtor's Plan of Reorganization*** [Doc. No. 34] filed by Scotty's Brewhouse Mishiwaka, LLC under case no. 18-09257-JJG-11.

    Response Deadline: July 17, 2019.

    Responses Filed: *None.*

    Status: Debtor to withdraw at the hearing.

11. ***Disclosure Statement to Debtor's Plan of Reorganization*** [Doc. No. 34] filed by Scotty's Brewhouse Butler, LLC under case no. 18-09257-JJG-11.

    Response Deadline: July 17, 2019.

    Responses Filed: *None.*

    Status: Debtor to withdraw at the hearing.

Respectfully submitted,

HESTER BAKER KREBS LLC

By   */s/ John J. Allman*
      Jeffrey M. Hester
      John J. Allman
      Hester Baker Krebs LLC
      One Indiana Square, Suite 1600
      Indianapolis, IN  46204
      (317) 833-3030
      Fax: (317) 833-3031
      Email:   jhester@hbkfirm.com
      Email:   jallman@hbkfirm.com

*Attorneys for Debtors*

5

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2019, a copy of the foregoing *Notice of Agenda of Matters Scheduled for Hearing on July 22, 2019, at, 1:30 P.M. (Eastern Time)* was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- Isaac M Gabriel     isaac.gabriel@quarles.com
- Lucy Renee Dollens     lucy.dollens@quarles.com
- Christopher Combest     Christopher.combest@quarles.com
    - *Counsel for Debtors*

- Jason R Burke     jburke@bbrlawpc.com
- Christopher C Hagenow     chagenow@bbrlawpc.com
    - *Counsel for The Huntington National Bank*

- Daniel D. Bobilya     dan@b-blegal.com
    - *Counsel for AxiaTP*

- John C. Cannizzaro     john.cannizzaro@icemiller.com
- Jeffrey A. Hokanson     jeff.hokanson@icemiller.com
    - *Counsel for Precedent Countrywide Acquisitions, LLC*

- Deborah J. Caruso     dcaruso@rubin-levin.net
- Meredith R. Theisen     mtheisen@rubin-levin.net
    - *Counsel for 7th & Walnut Retail, LLC*

- E. Davis Coots     dcoots@chwlaw.com
    - *Counsel for Retail Center at Precedent Park, LP*

- Aaron E. Davis     Aaron.Davis@bclplaw.com
    - *Counsel for US Foods, Inc.*

- Mary Jean Fassett     mjf@mccarronlaw.com
    - *Counsel for Get Fresh Produce, Inc.*

- Craig Solomon Ganz     ganzc@ballardspahr.com
    - *Counsel for Store Master Funding VI, LLC*
    - *Counsel for Rewards Network Establishment Services, Inc.*

- Michael A. DiGiacomo     digiacomom@ballardspahr.com
    - *Counsel for Rewards Network Establishment Services, Inc.*

- John R. Humphrey     jhumphrey@taftlaw.com, aolave@taftlaw.com
    - *Counsel for Campus Corner, LLC*

- Frederick D. Hyman    fhyman@mayerbrown.com
    - *Counsel for Sase Kosan K.K.*

- Brent E. Inabnit    brenti@sni-law.com
    - *Counsel for Martell Electric, LLC*
    - *Counsel for Fuerbringer Landscaping & Design, Inc.*

- Anthony R. Jost    tjost@rbelaw.com
    - *Counsel for Jefferson Plaza, LLC*

- Steven M. Lutz    lutz@cchalaw.com
    - *Counsel for Butler University*

- John M. Mead    jmead@indylegal.net
    - *Counsel for CPC Building A, LLC*

- Harley K. Means    hkm@kgrlaw.com
- Jay P. Kennedy    jpk@kgrlaw.com
    - *Counsel for Carmel Lofts, LLC*

- Kay Dee Baird    kbaird@kdlegal.com
- C. Daniel Motsinger    cmotsinger@kdlegal.com
    - *Counsel for Moore Summit, LLC*

- Amanda Quick    Amanda.Quick@atg.in.gov
    - *Counsel for State of Indiana*

- Ronald J. Moore    Ronald.Moore@usdoj.gov
- Harrison Edward Strauss    harrison.strauss@usdoj.gov
    - *Counsel for the U.S. Trustee*

- Kenneth D. Peters    kpeters@dresslerpeters.com
    - *Counsel for Alliance Funding Group*

- Jean S. Martin    jeanmartin@forthpeople.com
    - *Counsel for Robert D. Brady, Jr. and Rachel Megquier*

- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I further certify that on July 22, 2019, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

n/a

>*/s/ John J. Allman*
>Jeffrey M. Hester
>John J. Allman