# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SCOTTY'S HOLDINGS, LLC, et al.,[1] | ) | Case No. 18-09243-JJG-11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

## AGREED ENTRY ON APPLICATION FOR ADMINISTRATIVE PRIORITY CLAIM

This matter comes before the Court on the Application of Creditor Precedent Countryside Acquisitions, LLC ("Precedent") for Administrative Priority Claim pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1) filed May 31, 2019 (Doc. 389, the "Application"). In resolution of the issues raised in the Application and the Debtors' objections thereto, the Debtors and Precedent hereby agree and stipulate as follows:

1. Precedent shall be allowed an administrative priority claim in the amount of $65,000.00 against the estate of Scotty's Indianapolis, LLC (Case No. 18-09251-JJG-11).

2. The Debtors agree to the allowance of, and not to object to, the unsecured claims filed by Precedent jointly and severally against the estates of Scotty's Indianapolis, LLC (Case No. 18-09251-JJG-11, Claim No. 42) and Scotty's Holdings, LLC (Case No. 18-09243-JJG-11, Claim No. 12) in the amount of $467,478.80.

---

[1] The Debtors include Scotty's Holdings, LLC, Case No. 18-09243-JJG-11; A Pots & Pans Production, LLC, Case No. 18-09244-JJG-11; Scotty's Thr3e Wise Men Brewing Company, LLC, Case No. 18-09245-JJG-11; Scotty's Brewhouse, LLC, Case No. 18-09246-JJG-11; Scotty's Brewhouse Bloomington, LLC, Case No. 18-09248-JJG-11; Scott's Brewhouse West Lafayette, LLC, Case No. 18-09250-JJG-11; Scotty's Indianapolis, LLC, Case No. 18-09251-JJG-11; Scotty's Brewhouse Downtown Indianapolis, Case No. 18-09252-JJG-11; Scotty's Brewhouse Mishawaka, LLC, Case No. 18-09253-JJG-11; Scotty's Brewhouse Fort Wayne, LLC, Case No. 18-09255-JJG-11; Scotty's Brewhouse Carmel, LLC, Case No. 18-09256-JJG-11; Scotty's Brewhouse Butler, LLC, Case No. 18-09257-JJG-11; and Scotty's Brewhouse Waco, LLC, Case No. 18-09258-JJG-11.

3. Precedent agrees that it will not file an objection to confirmation in Scotty's Holdings, LLC (Case No. 18-09243-JJG-11), or in any other reorganizing Debtor's case, and further agrees that it will not submit a "no" vote if solicited to vote in any such cases.

4. Precedent expressly reserves its right to distributions from the estate of Scotty's Indianapolis, LLC (Case No. 18-09251-JJG-11) and its right to object in that case to distributions to any other creditor or person-in-interest.

The undersigned further certify that the Application was properly served, the deadline to file objections to the Application has expired, and no timely objections to the Application have been filed. Accordingly, the parties request that the Court enter an order on the Application consistent with this agreed entry.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey A. Hokanson* | /s/ Isaac M. Gabriel (7/22/19 email approval) |
| **ICE MILLER LLP** | **QUARLES & BRADY LLP** |
| Jeffrey A. Hokanson | Isaac M. Gabriel (Admitted Pro Hac Vice) |
| One American Square, Suite 2900 | Christopher Combest (Admitted Pro Hac Vice) |
| Indianapolis, IN  46282-0200 | 135 N. Pennsylvania St., Suite 2400 |
| Telephone:  (317) 236-2100 | Indianapolis, IN 46204 |
| jeff.hokanson@icemiller.com | Telephone: (317) 957-5000 |
| | Facsimile: (317) 957-5010 |
| John C. Cannizzaro | isaac.gabriel@quarles.com |
| 250 West Street, Suite 700 | christopher.combest@quarles.com |
| Columbus, OH 43215-7509 | |
| Telephone:  (614) 462-1070 | *Special Counsel for Debtors* |
| john.cannizzaro@icemiller.com | |

*Counsel for Precedent Countryside Acquisitions, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- John Joseph Allman   jallman@hbkfirm.com, dadams@hbkfirm.com
- Kay Dee Baird   kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
- Christopher E. Baker   cbaker@hbkfirm.com, thignight@hbkfirm.com
- Daniel D. Bobilya   dan@b-blegal.com, sarah@b-blegal.com
- Jason R Burke   jburke@bbrlawpc.com, kellis@bbrlawpc.com
- John Cannizzaro   john.cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
- Deborah Caruso   dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
- Christopher Combest   ccombest@quarles.com, fbf@quarles.com
- E. Davis Coots   dcoots@chwlaw.com, kiefer@chwlaw.com; COHara@chwlaw.com; CCurley@chwlaw.com;KCarlisle@chwlaw.com
- George S. Cressy   gcressy@southbank.legal
- Aaron E. Davis   Aaron.Davis@bclplaw.com, kathryn.farris@bclplaw.com; chdocketing@bclplaw.com
- Dustin R. DeNeal   dustin.deneal@faegrebd.com, noticeFRindy@faegrebd.com
- Lucy Renee Dollens   lucy.dollens@quarles.com, paul.sanders@quarles.com; DocketIN@quarles.com;kelly.webster@quarles.com
- Mary Jean Fassett   mjf@mccarronlaw.com
- Isaac M Gabriel   isaac.gabriel@quarles.com, sybil.aytch@quarles.com;kelly.webster@quarles.com;elizabeth.fella@quarles.com
- Craig Solomon Ganz   ganzc@ballardspahr.com
- Christopher C Hagenow   chagenow@bbrlawpc.com, kellis@bbrlawpc.com
- Jeffrey M. Hester   jhester@hbkfirm.com, mhetser@hbkfirm.com
- Jeffrey A Hokanson   jeff.hokanson@icemiller.com, bgnotices@icemiller.com
- John R. Humphrey   jhumphrey@taftlaw.com, aolave@taftlaw.com
- Frederick Hyman   RHyman@duanemorris.com
- Brent E. Inabnit   brenti@sni-law.com, joshv@sni-law.com
- Anthony R. Jost   tjost@rbelaw.com, baldous@rbelaw.com
- David J. Jurkiewicz   DJurkiewicz@boselaw.com, mwakefield@boselaw.com; rmurphy@boselaw.com;dlingenfelter@boselaw.com
- Jay Pearson Kennedy   jkennedy@kgrlaw.com, ncarson@kgrlaw.com
- Elizabeth Marie Little   elizabeth.little@faegrebd.com
- Steven M. Lutz   Lutz@cchalaw.com
- Jean Sutton Martin   jeanmartin@forthepeople.com, nslattery@forthepeople.com
- John Michael Mead   jmead@indylegal.net, kbonstead@indylegal.net
- Harley K Means   hkm@kgrlaw.com, kwhigham@kgrlaw.com;cjs@kgrlaw.com
- Ronald J. Moore   Ronald.Moore@usdoj.gov
- C Daniel Motsinger   cmotsinger@kdlegal.com, cmotsinger@kdlegal.com; crbpgpleadings@kdlegal.com;shammersley@kdlegal.com
- Scott M. Pearson   spearson@manatt.com, sakim@manatt.com, CalendarDept@manatt.com

    Kenneth Darryl Peters    kpeters@dresslerpeters.com, rmccandless@dresslerpeters.com
    Amanda Koziura Quick    amanda.quick@atg.in.gov, Marie.Baker@atg.in.gov
    Harrison Edward Strauss    harrison.strauss@usdoj.gov, Lora.L.Hurlbert@USDOJ.GOV
    Meredith R. Theisen    mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com; mralph@rubin-levin.net
    U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I further certify that, on July 23, 2019, I caused the foregoing to be served via first-class U.S. mail on the following addresses:

Butler University
C/O Faegre Baker Daniels LLP
Attn: Mark C. Sausser
300 N. Meridian St, Ste 2700
Indianapolis, IN 46204

Noble Net Lease Investment, LLC
Attn: Neil C. Efron Executive Vice President
4280 Professional Center Dr., Suite 100
Palm Beach Gardens, FL 33410

                                                  /s/ *Jeffrey A. Hokanson*
                                                  Jeffrey A. Hokanson